FILED

2003 NOV 20 P 2: 06

US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR.<br>　　　Plaintiff, | : | CIVIL ACTION NO.<br>3:00-CV-1794 (JCH) |
| | : | |
| v. | | |
| | : | |
| JOHN M. BAILEY, ET AL,<br>　　　Defendant. | : | NOVEMBER 19, 2003 |

### APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned, in addition to counsel already on record, on behalf of the Defendant, City of Hartford, in the above-captioned action:

> Lori Rittman Clark
> Fed. Bar No. CT19908
> Sabia & Hartley, LLC
> 190 Trumbull Street, Suite 202
> Hartford, CT 06103
> (860) 541-2077

**DEFENDANT,
CITY OF HARTFORD,**

By: _____
　　　Lori Rittman Clark

## CERTIFICATION

I hereby certify that the foregoing was served regular mail, postage prepaid, this 19th day of November, 2003 to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Charles L. Howard, Esq.
Gregg Peter Goumas, Esq.
Derek L. Mogck, Esq
Shipman & Goodman
One American Row
Hartford, CT 06103

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Russo\appearance.cert.wpd