

2003 DEC 22 P 4: 04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS RUSSO | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:00-CV-1794 (JCH) |
| v. | : | |
| | : | |
| JOHN BAILEY, et al. | : | |
|     Defendants. | : | DECEMBER 22, 2003 |

**DEFENDANT, CITY OF HARTFORD'S,
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the Defendant, City of Hartford ("Hartford"), moves for summary judgment with respect to the Eighth Count of Plaintiff's Sixth Amended Complaint dated February 11, 2003 (the "Complaint"), because there are no disputed issues of material fact, entitling Hartford to judgment on the Eighth Count as a matter of law. Specifically, Plaintiff alleges, in the Eighth Count, that Hartford either unlawfully constructively discharged him, or discharged him in violation of public policy. Plaintiff cannot, however, recover on his claims of constructive discharge and wrongful termination because Plaintiff has neither resigned nor been terminated. As Plaintiff remains employed by Hartford, Hartford is entitled to Summary Judgment on the Eighth Count of the Complaint.

**ORAL ARGUMENT REQUESTED**

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

Wherefore, Hartford respectfully moves the Court to enter summary judgment in its favor on the Eighth Count of the Complaint.

**DEFENDANT, CITY OF HARTFORD**

By_____
Jill Hartley
Federal Bar CT 10570
John P. Shea, Jr.
Federal Bar CT 17433
Michael G. Albano
Federal Bar CT 21440
Lori Rittman Clark
Federal Bar CT 19908
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: 860-541-2077
Facsimile: 860-713-8944
Its Attorney

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via courier, on this 22nd day of December, 2003 to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Charles L. Howard, Esq.
Gregg Peter Goumas, Esq.
Derek L. Mogck, Esq
Shipman & Goodman
One American Row
Hartford, CT 06103

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

_____
John F. Shea, Jr.

3