UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:00-cv-1794 (JCH) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN M. BAILEY, ET AL. | : | |
| | : | |
| Defendants. | : | December 22, 2003 |

**MOTION FOR PERMISSION *NUNC PRO TUNC* TO
FILE MEMORANDUM IN EXCESS OF FORTY (40) PAGES
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants Joseph Croughwell, James Flaherty, David Kenary, Daryl Roberts, Christopher Lyons, Robert Lawlor, James Rovella, Charles Lilley and Robert Rudewicz (collectively "the Police Defendants"), hereby move for permission to file a Memorandum in excess of forty (40) pages in Support of their Motion for Summary Judgment. Specifically, the Police Defendants seek permission to file a brief of not more than fifty (50) pages.

Plaintiff's Sixth Amended Complaint, dated February 11, 2003, alleges multiple theories for relief against all nine Police Defendants. Specifically, the First Count alleges First Amendment violations as to all nine Police Defendants. The Second Count also alleges violations of Equal Protection and Substantive Due Process as to all nine Police Defendants. The Third Count alleges First Amendment, Equal Protection and Procedural Due Process claims as to defendant Rudewicz. Lastly, the Sixth Count alleges intentional infliction of emotional distress as to defendants Croughwell, Lawlor and Lyons.

**ORAL ARGUMENT NOT REQUESTED**

Due to the number of legal theories asserted by plaintiff and the number of Police Defendants, it was not possible to respond to all such claims within the forty-page limitation. On this date the undersigned spoke with plaintiff's counsel, Erin O'Neil-Baker, and she stated that plaintiff objects to this Motion.

WHEREFORE, the Police Defendants request that their Motion be granted.

>DEFENDANTS,
>JOSEPH CROUGHWELL, JAMES FLAHERTY, DAVID KENARY, DARYL ROBERTS, CHRISTOPHER LYONS, ROBERT LAWLOR, JAMES ROVELLA, CHARLES LILLEY AND ROBERT RUDEWICZ
>
>By: _____
>Charles L. Howard (ct05366)
>Gregg P. Goumas (ct19095)
>Derek L. Mogck (ct23688)
>Shipman & Goodwin LLP
>One American Row
>Hartford, CT 06103-2819
>Tel: (860) 251-5000
>Tel: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Permission *Nunc Pro Tunc* to File Memorandum in Excess of Forty (40) Pages was hand-delivered, this 22nd day of December, 2003, to:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John P. Shea, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

With Chambers Copy to:

The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

360580 v.01 S1