UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR.<br>PLAINTIFF | : CIVIL ACTION NO.<br>: <br>: 3:00CV1794(JCH) |
| v. | : |
| JOHN M. BAILEY, ET AL<br>DEFENDANTS | :<br>: DECEMBER 24, 2003 |

### HARTFORD POLICE UNION DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants, the Hartford Police Union, Larry Reynolds, Michael Wood and Thomas Hardwick, hereby move for summary judgment with respect to Counts Four and Five of the Plaintiff's Sixth Amended Complaint dated February 11, 2003. The Defendants submit that there is no genuine issue of material fact in Counts Four and Five and that they are entitled to judgment as a matter of law on these counts. Specifically, the Defendants assert that the Plaintiff cannot recover under 42 U.S.C. § 1983 because the Defendants were not acting under the color of state law. Moreover, the Defendants assert that there is no genuine issue of material fact demonstrating that the Hartford Police Union breached its duty of fair representation to the Plaintiff. Therefore, the Defendants respectfully

**ORAL ARGUMENT REQUESTED**

request that the court enter judgment in its favor on their Motion for Summary Judgment.

The reasons that support this Motion are more fully set forth in the accompanying Memorandum of Law.

THE DEFENDANTS,
HARTFORD POLICE UNION,
LAWRENCE REYNOLDS,
THOMAS HARDWICK and MICHAEL WOOD

By: _____
FRANK J. SZILAGYI
Silvester & Daly
72 Russ Street
Hartford, CT 06106
Tel. (860) 278-2650
Federal Bar No. CT07859

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, in the United States mail, this 24th day of December, 2003 to:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

By: _____
FRANK J. SZILAGYI
Silvester & Daly

hpu-russo/MSJ.122303