UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR.<br>PLAINTIFF | : CIVIL ACTION NO.<br>: <br>: 3:00CV1794(JCH) |
| v. | : |
| JOHN M. BAILEY, ET AL<br>DEFENDANTS | :<br>: DECEMBER 24, 2003 |

### REQUEST FOR EXTENSION OF TIME

Pursuant to Local Rule 9 (b), the Defendants, Hartford Police Union, Lawrence Reynolds, Thomas Hardwick and Michael Wood (the "Union Defendants"), respectfully move for an extension of time of eight (8) days up to and including January 2, 2004, to file the Declarations of Larry Reynolds and Michael Wood in support of their Motion for Summary Judgment. The Union Defendants submit that the deadline for filing the Motion for Summary Judgment is currently December 24, 2003.

In support of this Motion, the Union Defendants assert that they require additional time to have the declarations signed by both Reynolds and Wood.

For these reasons, the Union Defendants request that the court grant them an extension of eight (8) days to file their declarations in support of their Motion for Summary Judgment.

THE DEFENDANTS,
HARTFORD POLICE UNION,
LAWRENCE REYNOLDS,
THOMAS HARDWICK and MICHAEL WOOD

By: _____
FRANK J. SZILAGYI
Silvester & Daly
72 Russ Street
Hartford, CT 06106
Tel. (860) 278-2650
Federal Bar No. CT07859

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, in the United States mail, this 24th day of December, 2003 to:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

By: _____
FRANK J. SZILAGYI
Silvester & Daly

hpu-russo/mot ext time.122403