00CV1794MEXTIME

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR.<br>PLAINTIFF | : | CIVIL ACTION NO. |
| | : | 3:00CV1794(JCH) |
| v. | : | |
| JOHN M. BAILEY, ET AL<br>DEFENDANTS | : | DECEMBER 24, 2003 |

### REQUEST FOR EXTENSION OF TIME

Pursuant to Local Rule 9 (b), the Defendants, Hartford Police Union, Lawrence Reynolds, Thomas Hardwick and Michael Wood (the "Union Defendants"), respectfully move for an extension of time of eight (8) days up to and including January 2, 2004, to file the Declarations of Larry Reynolds and Michael Wood in support of their Motion for Summary Judgment. The Union Defendants submit that the deadline for filing the Motion for Summary Judgment is currently December 24, 2003.

In support of this Motion, the Union Defendants assert that they require additional time to have the declarations signed by both Reynolds and Wood.

For these reasons, the Union Defendants request that the court grant them an extension of eight (8) days to file their declarations in support of their Motion for Summary Judgment.

*Request Granted 1/6/04*

FILED JAN -7 A 8:38 US DISTRICT COURT BRIDGEPORT

---

**SILVESTER & DALY**
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243