```
                                                          FILED

                                                    2004 JAN -6  P 12: 01

                    UNITED STATES DISTRICT COURT  US DISTRICT COURT
                         DISTRICT OF CONNECTICUT   BRIDGEPORT CT
```

NICHOLAS O. RUSSO, JR.              :    CIVIL ACTION NO.
    PLAINTIFF                   :
                                :    3:00CV1794(JCH)
v.                                  :
                                    :
JOHN M. BAILEY, ET AL               :
    DEFENDANTS                  :    JANUARY 5, 2004

### REQUEST FOR EXTENSION OF TIME

Pursuant to Local Rule 9 (b), the Defendants, Hartford Police Union, Lawrence Reynolds, Thomas Hardwick and Michael Wood (the "Union Defendants"), respectfully move for an extension of time of fourteen (14) days up to and including January 16, 2004, to file the Declaration of Larry Reynolds in support of their Motion for Summary Judgment. The Union Defendants submit that the deadline for filing the Motion for Summary Judgment was December 24, 2003. The Union Defendants also assert that this is their second such request.

In support of this Motion, the Union Defendants assert that they require additional time to have the declaration signed by Reynolds as he has been unavailable up until now.

For these reasons, the Union Defendants request that the court grant them an extension of fourteen (14) days to file the declaration in support of their Motion for Summary Judgment.

>THE DEFENDANTS,
>HARTFORD POLICE UNION,
>LAWRENCE REYNOLDS,
>THOMAS HARDWICK and MICHAEL WOOD
>
>By: /s/ Josephine A. Spinella
>JOSEPHINE A. SPINELLA
>Silvester & Daly
>72 Russ Street
>Hartford, CT 06106
>Tel. (860) 278-2650
>Federal Bar No. CT24009

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, in the United States mail, this 5th day of January, 2004 to:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

hpu-russo/req ext time.010504