RECEIVED

FILED
2004 JAN 14 P 12:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COU
BRIDGEPORT C

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| PLAINTIFF | : | |
| v. | : | 3:00CV1794(JCH) |
| | : | |
| JOHN M. BAILEY, ET AL | : | |
| DEFENDANTS | : | DECEMBER 24, 2003 |

### DECLARATION OF MICHAEL WOOD

1. My name is Michael Wood, I am over the age of eighteen and I believe in the obligations of an oath.

2. I was employed by the Hartford Police Department (hereinafter referred to as "Department") as a police officer from 1981 until my retirement in 2003.

3. I served as the President of the Hartford Police Union (hereinafter referred to as the "Union") from February 1999 to August 2003.

4. In 1997, when Nicholas Russo was drug tested on two occasions I had no contact with Nicholas Russo concerning those matters. At that time I held no Union office, nor had any contact with the Department's (hereinafter referred to as the "Department") administration concerning drug testing and had no role in those drug tests.

5. I was never contacted by Nicholas Russo concerning the drug tests administered to him in 1997.

6. A grievance dated August 11, 2000 was filed on behalf of Nicholas Russo concerning the 1997 suspension. This grievance was prematurely filed and done at the request of Nicholas Russo's Attorney, James Brewer. The City never contested the untimely filing and it was heard subsequent to the dismissal of Nicholas Russo's criminal charges on September 15, 2000. The Collective Bargaining Agreement states that any grievance concerning suspension shall be commenced at the third step of the grievance process.

7. A third step hearing concerning Nicholas Russo was held on October 24, 2000.

8. Jane K. Heffernan, Principal Personnel Analyst with the City of Hartford, conducted the third step hearing.

9. Prior to the third step hearing referred to above, I discussed Nicholas Russo's reinstatement with Acting Chief Robert Rudewicz. Chief Rudewicz agreed that the dismissal of Russo's criminal charges meant the Department could no longer suspend under the provisions of Appendix A.

10. Thereafter I received a letter from Chief Rudewicz dated October 26, 2000, indicating that Russo was reinstated effective October 29, 2000. This information was communicated to Attorney Brewer.

11. The Union pursued the grievance. The grievance terminated in favor of Russo and he was awarded back pay and benefits for the period of September 15, 2000 until October 29, 2000.

12. The Union filed a grievance to the fourth step, which consists of hearing before the Connecticut Labor Department's Board of Mediation and Arbitration.

13. Subsequent to filing at the fourth step the Connecticut Supreme Court reversed the dismissal of Russo's criminal charges once again authorizing Russo's suspension under Appendix A of the contract.

14. In November of 2003, Nicholas Russo was convicted of felony charges in New London Superior Court. A felony conviction renders any grievance brought on Nicholas Russo's behalf moot given that the Union could never prove that the suspension of Nicholas Russo in 1997 and thereafter was unjust. Further, a felony conviction precludes Nicholas Russo from being sworn as a police officer in Hartford, Connecticut.

15. The Union acted in good faith at all times concerning Nicholas Russo's suspension.

THE DECLARANT,

*Michael Wood*
Michael Wood

Sworn to and subscribed to me on this 30th day of December, 2003.

_____
Frank J. Szilagyi
Commissioner of the Superior Court

HPU/Russo/ Wood Affidavit

4

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, in the United States mail, this 12th day of January, 2004 to:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly