**FILED**

2004 JAN -6 P 12: 01

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR.<br>PLAINTIFF | : | CIVIL ACTION NO. |
| | : | 3:00CV1794(JCH) |
| v. | : | |
| | : | |
| JOHN M. BAILEY, ET AL<br>DEFENDANTS | : | JANUARY 5, 2004 |

### REQUEST FOR EXTENSION OF TIME

Pursuant to Local Rule 9 (b), the Defendants, Hartford Police Union, Lawrence Reynolds, Thomas Hardwick and Michael Wood (the "Union Defendants"), respectfully move for an extension of time of fourteen (14) days up to and including January 16, 2004, to file the Declaration of Larry Reynolds in support of their Motion for Summary Judgment. The Union Defendants submit that the deadline for filing the Motion for Summary Judgment was December 24, 2003. The Union Defendants also assert that this is their second such request.

In support of this Motion, the Union Defendants assert that they require additional time to have the declaration signed by Reynolds as he has been unavailable up until now.

MOTION GRANTED 1/16/04

**SILVESTER & DALY**
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243