00CV1794LVFExCBR

/30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. 3:00-cv-1794 (JCH) |
| Plaintiff, | : | |
| vs. | : | |
| JOHN M. BAILEY, ET AL. | : | |
| Defendants. | : | December 22, 2003 |

MOTION GRANTED. *nunc pro tunc*
SO ORDERED. /s/ Janet C. Hall U.S.D.J. 1/24/03

### MOTION FOR PERMISSION *NUNC PRO TUNC* TO FILE MEMORANDUM IN EXCESS OF FORTY (40) PAGES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Joseph Croughwell, James Flaherty, David Kenary, Daryl Roberts, Christopher Lyons, Robert Lawlor, James Rovella, Charles Lilley and Robert Rudewicz (collectively "the Police Defendants"), hereby move for permission to file a Memorandum in excess of forty (40) pages in Support of their Motion for Summary Judgment. Specifically, the Police Defendants seek permission to file a brief of not more than fifty (50) pages.

Plaintiff's Sixth Amended Complaint, dated February 11, 2003, alleges multiple theories for relief against all nine Police Defendants. Specifically, the First Count alleges First Amendment violations as to all nine Police Defendants. The Second Count also alleges violations of Equal Protection and Substantive Due Process as to all nine Police Defendants. The Third Count alleges First Amendment, Equal Protection and Procedural Due Process claims as to defendant Rudewicz. Lastly, the Sixth Count alleges intentional infliction of emotional distress as to defendants Croughwell, Lawlor and Lyons.

**ORAL ARGUMENT NOT REQUESTED**