UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 19 P 2:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

NICHOLAS O. RUSSO, JR., : CIVIL ACTION NO.
: 3:00CV1794 (JCH)
PLAINTIFF, :
:
V. :
:
JOHN M. BAILEY, ET AL. : MARCH 19, 2004

**PLAINTIFF'S LOCAL RULE 56(C)(1) STATEMENT
IN OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

1. Admit.

2. Deny. Russo's status has fluctuated and changed numerous times since his suspension in 2000. Plaintiff's Local Rule Statement 56(a)2 ¶ 196-203, 219, 220. Russo was never provided any reinstatement support or administrative assistance. The Plaintiff was not paid salary, or benefits from the date his suspension legally ended, September 15, 2000, to October 31, 2000, other officers similarly situated had been paid. Russo was denied medical insurance coverage that other officers received from September 15, 2000 to October 31, 2000. Plaintiff's 56(c)(2) Statement ¶ 190, 191, 196, 199, 202, 203, 214, 219, 220, 221. The City further interfered with Russo's attempts to receive worker's compensation benefits following Russo's quadruple bypass surgery in December 2001. Plaintiff's 56(c)(2) Statement ¶ 216-218.

1

THE PLAINTIFF,
NICHOLAS O. RUSSO, JR.

By: _____
James S. Brewer
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT  06119
(860) 523-4055
Federal Bar # ct 23073

## CERTIFICATION

This is to certify that the foregoing has been faxed on March 19, 2004, to all counsel and pro se parties of record:

Charles L. Howard, Esq.
Gregg P. Goumas Esq.
Derek Mogck, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Frank Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

_____
Erin I. O'Neil