UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 19 P 2: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

NICHOLAS O. RUSSO, JR.,

    PLAINTIFF

vs.

CITY OF HARTFORD, ET AL.

CIVIL ACTION NUMBER
3:97CV2380(JCH)(lead case)
3:00CV2382(JCH)
3:00CV1794(JCH)

MARCH 18, 2004

### AFFIDAVIT OF NICHOLAS O. RUSSO
### IN SUPPORT OF PLAINTIFF'S 56(c)2 STATEMENT

State of Connecticut )
                          ) ss:   West Hartford, March 18, 2004
County of Hartford )

    I, Nicholas O. Russo, being duly sworn, hereby depose and state, upon knowledge, information and belief that:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I was hired by the Hartford Police Department as an officer in 1981.

3. I was promoted to Detective in 1987.

4. I filed federal lawsuit following the January, 1997 drug test.

5. Deborah Barrows never spoke to my family about me and my family did not tell Barrows that I was suicidal.

6. Croughwell knew of the November 1997, drug test results and told Hartford

    Courant reporter Bernstien of the drug test.

7. My correct address was on the arrest warrant and the HPD knew how to contact me at the correct address, which was not done.

8. The City never offered to get certification from state troopers rather than in-house in Hartford or from another city for my safety. Past practice was to allow officers to train in other locations than Hartford.

9. From November, 2000 through February, 2001, my benefits were reinstated and I received checks for 40 hours-per-week work. The checks did not state that the payments were for accrued time.

10. I was too afraid to speak during the ride from New Haven to the HPD because I had a reasonable fear that I would be either pushed out of the car and Flaherty could blame it on me jumping out of the car.

11. I voluntarily agreed to cooperate with the corruption investigation into the HPD

12. In 1998, I began seeing Dr. Goodwin, a psychiatrist.

13. On February 19, 2002, the Supreme Court of Connecticut overrules the Superior Court's granting of my Motion to Suppress and remands the case for trial.

14. On February 19, 2002, I filed a Motion to reconsider en banc and filed a Motion to Recuse Judge Palmer which was denied.

15. On October 14, 2003, the criminal trial began.

16. On November 3, 2003, I was convicted on six counts out of seven counts of illegally obtaining prescription drugs. (Plaintiff's affidavit.)

17. On January 6, 2003, I was sentenced and was given probation. (Plaintiff's affidavit.)

18. On January, 2002, I filed for worker's compensation. (Plaintiff's affidavit, 18.)

19. The City contested the benefits. (Plaintiff's affidavit, 19.)

20. On July 12, 2002, two days following my deposition I was notified that health benefits were discontinued as of June 30, 2002.

21. In January 2004, the Worker's Compensation Commissioner rules in my favor and awarded me worker's compensation benefits after a three day hearing.

*[signature]*
Nicholas O. Russo

Subscribed and sworn to before me this    18th    day of March, 2004

*[signature]*
Notary Public/Commissioner of Superior Court