UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR., | : CIVIL ACTION NO. |
| PLAINTIFF, | : 3:00CV1794 (JCH) |
| V. | : |
| JOHN M. BAILEY, ET AL. | : MARCH 23, 2004 |

FILED
2004 MAR 25 P 12: 00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' RULE 56(a)(1) STATEMENT

Defendants rely on a memorandum from Roberts to Kenary dated January 9, 1997 and another memorandum from Lilley to Kenary dated January 8, 1997 in their Rule 56(a)(1) statement. Pursuant to Rule 56, plaintiff, Nicholas Russo, hereby moves to strike all paragraphs of Defendants' Local Rule 56(a)(1) Statement that rely on Robert's and Lilley's Memoranda to Kenary because these memoranda are not admissible under either: Local R. Civ. P. 56(a)(3), Fed. R. Civ. P.56(e), Fed. R. Evid. 802 or Fed. R. Evid. 803. In particular, plaintiff moves to strike paragraphs 33, 38, 41-43, 45 and 46 of the defendant's Local Rule 56(a)(1) Statement. For the reasons set forth in the accompanying Memorandum, the plaintiff's motion should be granted.

THE PLAINTIFF,
NICHOLAS O. RUSSO, JR.

By: _____
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Federal Bar # ct 23073

## **CERTIFICATION**

This is to certify that the foregoing has been faxed on March 23, 2004, to all counsel and pro se parties of record:

Charles L. Howard, Esq.
Gregg P. Goumas Esq.
Derek Mogck, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Frank Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

_____
Erin I. O'Neil