UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:00-cv-1794 (JCH) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN BAILEY, ET AL. | : | |
| | : | |
| Defendants. | : | March 30, 2004 |

**POLICE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Defendants Joseph Croughwell, Jeffrey Flaherty, David Kenary, Daryl Roberts, Christopher Lyons, Robert Lawlor, James Rovella, Charles Lilley and Robert Rudewicz respectfully request an extension of time up to and including **April 16, 2004** to file their Opposition to Plaintiff's Motion to Strike. In support of this motion, the Police Defendants state as follows:

1.  On March 19, 2004, plaintiff filed his Memoranda in Opposition to Defendants' Motions for Summary Judgment in this case ("Russo II") and in Russo v. City of Hartford, Civil Action No. 3:97-cv-2380(JCH) ("Russo I"), and Russo v. Marquis, Civil Action No. 3:00-cv-2382(JCH) ("Russo IV").

2.  Police Defendants' Reply Memoranda to plaintiff's Opposition Memoranda are currently due on April 2, 2004, but Police Defendants have sought an extension of time until April 16, 2004.

3.  Plaintiff also filed a Motion to Strike certain exhibits submitted by Police Defendants in Support of their Motions for Summary Judgment in <u>Russo I</u> and <u>Russo II</u>. Police Defendants' Memoranda in Opposition to Defendants' Motions to Strike are currently due on April 13, 2004.

4.  Due to the fact that they need to reply to all three of plaintiff's Memoranda in Opposition to their Motions for Summary Judgment, counsel requires additional time to fully respond to issues raised by plaintiff in his Motion to Strike. The defendants respectfully request an extension of time up to and including **April 16, 2004** to file their Memorandum in Opposition to Plaintiff's Motion to Strike.

5.  This is defendants' first request for an extension of time to file their Memoranda in Opposition to Plaintiff's Motion to Strike. James S. Brewer, counsel for the plaintiff, has indicated that he objects to this request.

WHEREFORE, the Police Defendants ask that their Motion be granted.

DEFENDANTS,
JOSEPH CROUGHWELL, JAMES
FLAHERTY, DAVID KENARY, DARYL
ROBERTS, CHRISTOPHER LYONS, ROBERT
LAWLOR, JAMES ROVELLA, CHARLES
LILLEY AND ROBERT RUDEWICZ

By: _____
Charles L. Howard (ct05366)
Gregg P. Goumas (ct19095)
Derek L. Mogck (ct23688)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Tel: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed via first class mail, postage prepaid, this 30th day of March 2004, to:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John P. Shea, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

With Chambers Copy to:

The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Gregg P. Goumas

368276 v.01 S1