FILED

2004 APR -1  A 11: 47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR.<br>　　　PLAINTIFF | :    CIVIL ACTION NO. |
| v. | :    3:00CV1794(JCH) |
| CITY OF HARTFORD, ET AL<br>　　　DEFENDANTS | :    MARCH 31, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the Defendants, Hartford Police Union, Lawrence Reynolds, Thomas Hardwick and Michael Wood (the "Union Defendants"), respectfully move for an extension of time of two (2) weeks to file a Reply to the Plaintiff's Opposition to the Union Defendants' Motion for Summary Judgment, thereby extending the deadline to April 16, 2004. The Union Defendants submit that the deadline for filing said motion is currently April 2, 2004.

In support of this Motion, the Union Defendants assert that they require additional time to prepare their Reply. The Plaintiff's Opposition to the Union Defendants' Motion for Summary Judgment is quite extensive, including a thirteen page memorandum of law, a thirty-four page statement of facts and thirty-six exhibits. As such, the Union Defendants require additional time so that they may fully address the Plaintiff's Opposition in its entirety.

The undersigned counsel for the Union Defendants submits that Attorney James Brewer has stated that he has an objection to this Motion for Extension of Time. This is the Union Defendants' first request for extension of time with regard to filing the Reply brief.

For these reasons, the Union Defendants request that the court grant them an extension of two (2) weeks to file a Reply to the Plaintiff's Opposition to the Union Defendants' Motion for Summary Judgment.

        THE DEFENDANTS,
        HARTFORD POLICE UNION,
        LAWRENCE REYNOLDS,
        THOMAS HARDWICK and MIKE WOOD


        By: _____
        JOSEPHINE A. SPINELLA
        Silvester & Daly
        72 Russ Street
        Hartford, CT 06106
        Tel. (860) 278-2650
        Juris No. CT24009

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 31st day of March, 2004 to:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly

hpu-russo/mot. ext. time.033104