UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR. | CIVIL ACTION NO. 3:00-cv-1794 (JCH) |
| Plaintiff, | |
| vs. | |
| JOHN BAILEY, ET AL. | |
| Defendants. | March 30, 2004 |

**POLICE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Defendants Joseph Croughwell, Jeffrey Flaherty, David Kenary, Daryl Roberts, Christopher Lyons, Robert Lawlor, James Rovella, Charles Lilley and Robert Rudewicz respectfully request an extension of time up to and including **April 16, 2004** to file their Opposition to Plaintiff's Motion to Strike. In support of this motion, the Police Defendants state as follows:

1. On March 19, 2004, plaintiff filed his Memoranda in Opposition to Defendants' Motions for Summary Judgment in this case ("Russo II") and in Russo v. City of Hartford, Civil Action No. 3:97-cv-2380(JCH) ("Russo I"), and Russo v. Marquis, Civil Action No. 3:00-cv-2382(JCH) ("Russo IV").

2. Police Defendants' Reply Memoranda to plaintiff's Opposition Memoranda are currently due on April 2, 2004, but Police Defendants have sought an extension of time until April 16, 2004.