00cv1794mtime
00cv1794end

152

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 30 P 3:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN
BY

NICHOLAS O. RUSSO, JR.        :    CIVIL ACTION NO.
                              :    3:00-cv-1794 (JCH)
        Plaintiff,            :
                              :
   vs.                        :
                              :
JOHN BAILEY, ET AL.           :
                              :
        Defendants.           :    March 30, 2004

### POLICE DEFENDANTS' AND DEFENDANT CITY OF HARTFORD'S MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Defendants Joseph Croughwell, Jeffrey Flaherty, David Kenary, Daryl Roberts, Christopher Lyons, Robert Lawlor, James Rovella, Charles Lilley and Robert Rudewicz (together, the "Police Defendants") and the City of Hartford respectfully request an extension of time up to and including **April 16, 2004** to file their Reply Memoranda to Plaintiff's Opposition to Defendants' Motions for Summary Judgment. In support of this motion, the defendants state as follows:

1.  On March 19, 2004, plaintiff filed his Memoranda in Opposition to Defendants' Motions for Summary Judgment in this case ("Russo II") and in Russo v. City of Hartford, Civil Action No. 3:97-cv-2380(JCH) ("Russo I"), and Russo v. Marquis, Civil Action No. 3:00-cv-2382(JCH) ("Russo IV").

2.  Defendants' Reply Memoranda to plaintiff's Opposition Memoranda are currently due on April 2, 2004.

*[Handwritten margin notes: "Motion granted. No further extensions will be granted." Signed/dated 4/5/04]*

*[Handwritten stamp: FILED 2004 APR -5 P 3:0_ U.S. DISTRICT COURT BRIDGEPORT, CONN]*