*Motion Granted. So Ordered. F/R 4/8/04*

FILED

2004 APR -1  A 11: 47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR.<br>PLAINTIFF | : CIVIL ACTION NO. |
| v. | : 3:00CV1794(JCH) |
| CITY OF HARTFORD, ET AL<br>DEFENDANTS | : MARCH 31, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the Defendants, Hartford Police Union, Lawrence Reynolds, Thomas Hardwick and Michael Wood (the "Union Defendants"), respectfully move for an extension of time of two (2) weeks to file a Reply to the Plaintiff's Opposition to the Union Defendants' Motion for Summary Judgment, thereby extending the deadline to April 16, 2004. The Union Defendants submit that the deadline for filing said motion is currently April 2, 2004.

In support of this Motion, the Union Defendants assert that they require additional time to prepare their Reply. The Plaintiff's Opposition to the Union Defendants' Motion for Summary Judgment is quite extensive, including a thirteen page memorandum of law, a thirty-four page statement of facts and thirty-six exhibits. As such, the Union Defendants require additional time so that they may fully address the Plaintiff's Opposition in its entirety.