UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00-cv-1794 (JCH) |
| | : | |
| vs. | : | |
| | : | |
| JOHN M. BAILEY, ET AL. | : | |
| Defendants. | : | April 16, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants Joseph Croughwell, James Flaherty, David Kenary, Daryl Roberts, Christopher Lyons, Robert Lawlor, James Rovella, Charles Lilley and Robert Rudewicz have manually filed the following document:

**Exhibits A through E to Police Defendants' Reply to Plaintiff's Motion to Strike dated March 23, 2004**

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS,
JOSEPH CROUGHWELL, JAMES
FLAHERTY, DAVID KENARY, DARYL
ROBERTS, CHRISTOPHER LYONS,
ROBERT LAWLOR, JAMES ROVELLA,
CHARLES LILLEY and
ROBERT RUDEWICZ

By: _____
Charles L. Howard (ct05366)
Gregg P. Goumas (ct19095)
Derek L. Mogck (ct23688)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Tel: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed this 16th day of April, 2004, via first class mail, postage prepaid, to:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John P. Shea, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull St., Suite 202
Hartford, CT 06103

Frank Szilagyi, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

With Chambers Copy to:

The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

369725 v.01 S1