UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:97 CV 2380 (JCH) (lead case) |
| Plaintiff, | : | 3:00 CV 2382 (JCH) |
| v. | : | **3:00 CV 1794 (JCH)** |
| CITY OF HARTFORD, ET AL. | : | |
| | : | |
| Defendants. | : | April 16, 2004 |

DEFENDANTS' JOINT MOTION TO STRIKE PORTIONS OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Defendants Bruce P. Marquis and the City of Hartford ("City") jointly submit this Motion to Strike portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. As discussed more thoroughly in their accompanying Memorandum, the defendants ask that the following be stricken from plaintiff's submissions in opposition to defendants' Motion for Summary Judgment:

- Exhibits A through O, Q through Z, and 1 through 35 should be stricken because they are not properly authenticated;

- Paragraphs 5, 6, 11 and portions of Paragraphs 7 and 8 should be stricken from the Affidavit of Nicholas O. Russo ("Russo") because they are either not based upon Russo's personal knowledge or contradict his sworn deposition testimony;

- Russo's entire Joint Local Rule 56(a)2 Statement should be stricken because it does not comply with the Local Rules of Civil Procedure;

- Exhibit 36, along with the deposition transcripts of Norbeto Huertas, Christopher Lyons, Daryl Roberts, Michael Edelwich, Joseph Croughwell and Larry Reynolds should be stricken because they are not properly certified by a court reporter and are unreliable;

- All or portions of Paragraphs 2, 5, 20, 27, 29, 47, 48, 56, 57, 60, 66, 74, 76, 82, 86, 88, 112, 113, 114, 116, 120, 123, 127, 138, 147, 148, 152, 153, 158, 162, 164, 167, 173, 181, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 207, 214, 216, 218, 219, 220, 221, 222, 223, 235, 236, 237, 238, 239, 240, 241, 243, 244, 245, 246, 260, 266, 267, 268, and 270 of Plaintiff's Rule 56(a)2 Statement as they are unsupported by relevant or admissible evidence;

- All or portions of Paragraphs 36, 57, 60, 147, 148, 156, 157, 253, 255 of plaintiff's Rule 56(a)2 Statement should be stricken as the deposition testimony cited is not based upon personal knowledge; and

- Paragraphs 19, 21, 22, 23, 24, 25, 28, 91, 97, 99, 115, 117, 118, 120, 121, 125, 126, 129 and 273 of Plaintiff's Rule 56(a)2 Statement should be stricken because they are based on evidence not previously disclosed by plaintiff despite specific request for disclosure.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

WHEREFORE, for the reasons discussed in their accompanying memorandum, defendants ask that their motion be granted.

DEFENDANT,
CITY OF HARTFORD

By: _____
Jill Hartley (ct 10570)
John P. Shea, Jr. (ct 17433)
Lori Rittman Clark (ct 19908)
Sabia & Hartley, LLC
190 Trumbull Street
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

DEFENDANTS,
BRUCE P. MARQUIS

By: /s/ *Gregg Goumas* w/permission

Charles L. Howard (ct 05366)
Gregg P. Goumas (ct 19095)
Derek L. Mogck (ct 23688)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Strike Portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment was mailed via first class mail, postage prepaid, this 16th day of April, 2004, to:

James S. Brewer, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Charles L. Howard
Gregg P. Goumas
Derek L. Mogck
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

With Chambers Copy to:

The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
John P. Shea, Jr.

369693 v.01 S1
Russo 4Strikecover_v1