UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 29 P 1: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

NICHOLAS O. RUSSO, JR.,

      PLAINTIFF

vs.

CITY OF HARTFORD, ET AL.

CIVIL ACTION NUMBER
3:97CV2380(JCH)(lead case)
3:00CV2382(JCH)
√3:00CV1794(JCH)

APRIL 28, 2004

## JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO ALL OF DEFENDANTS' REPLY BRIEFS

Pursuant to Local Rule 6(b) of the Local Rules of Civil Procedure, plaintiff hereby respectfully moves for a seven (7) day extension of time in order to respond to all of defendants' reply briefs. Plaintiff asks that the present due date of Friday, April 30, 2004, be extended until May 7, 2004.

This motion for an extension of time encompasses all of the responses to defendants' reply briefs, including the Union, Police and City defendants.

This is plaintiff's first request for an extension of time for the purposes of submitting these responses. Plaintiff has contacted defendants' counsel regarding this motion. Attorney Goumas stated that he has no position; Attorney Shea and Attorney Szilagyi did not respond.

THE PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073

## **CERTIFICATION**

    This is to certify that the foregoing has been sent, via fax, on April 28, 2004 to all counsel and pro se parties of record:

Helen Apostolidis, Esq.
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103

John P. Shea, Jr., Esq.
Sabia & Hartley, LLC.
190 Tumbull Street, Suite 202
Hartford, CT 06103-2205

Frank J. Szilagyi, Esq.
Robert F. Kappes, Esq.
Silvester & Daly
72 Russ Street
Hartford, CT 06106

Charles L. Howard, Esq.
Greg Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103

_____
Erin I. O'Neil