# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| PLAINTIFF | : | |
| v. | : | 3:00CV1794(JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| DEFENDANTS | : | NOVEMBER 2, 2004 |

### <u>UNION DEFENDANTS' BILL OF COSTS</u>

Pursuant to Federal Rule of Civil Procedure 54 and Local Rule of Civil Procedure 54, the Union Defendants, including the Hartford Police Union (hereinafter referred to as "Union"), Michael Wood, Thomas Hardwick and Larry Reynolds, hereby submit this Bill of Costs.  In support of the Bill of Costs, the Defendants submit that they filed a Motion for Summary Judgment on December 24, 2003.  In the Motion for Summary Judgment, the Union Defendants argued that they were entitled to judgment in their favor on the Plaintiff's claims set forth in Counts Four and Five of the Sixth Amended Complaint.[1]
The Plaintiff filed an Objection to the Motion for Summary Judgment on March 19, 2004.

On September 30, 2004, the court, *Hall, J.*, granted the Union Defendants' Motion for Summary Judgment.

---

[1] In Count Four, the Plaintiff asserted that the Union Defendants violated 42 U.S.C. § 1983 by depriving him of his right to due process under the Fourteenth Amendment and his right to associate under the First Amendment.  In Count Five, the Plaintiff asserted that the Union breached its duty of fair representation to him as a member of the Union.

In addition to this Bill of Costs and pursuant to 28 U.S.C. § 1924, the Union Defendants submit the Affidavit of Frank J. Szilagyi, attorney for the Union Defendants, which verifies that the fees that "have been charged were actually and necessarily performed." 28 U.S.C. § 1924. See Exhibit A, Affidavit of Frank J. Szilagyi

## I.    FEES OF THE COURT REPORTER

The following fees were incurred by the Union Defendants for obtaining an original and one (1) copy of deposition transcripts from the court reporters. The depositions were necessarily obtained for the preparation of the case. The Plaintiff asserted in his Complaint that the Union Defendants collaborated with the Police Defendants and the City of Hartford Defendants to violate the Plaintiff's constitutional rights out of retaliation against the Plaintiff for his involvement with the Federal Gang Task Force. In order to properly defend these allegations, the Union Defendants necessarily had to depose many present and former Hartford police officers, State's Attorneys, FBI agents and United States Attorneys who had knowledge of the facts and circumstances surrounding the Plaintiff's allegations against the defendants as well as the Plaintiff's involvement with the Federal Gang Task Force.

Additionally, the Plaintiff claimed in the Complaint against the Union Defendants that their alleged actions caused him "extreme emotional and mental harm." See Sixth Amended Complaint, Count Four, ¶ 26. As such, the Union Defendants deposed the

Plaintiff's medical treaters and health care providers, including Mark Braunsdorf, Robert Goodwin, Karen Bidwell, Allan Jacobs, Mark Hall, Richard Lessow.  The invoices for the court reporters' fees are attached hereto as Exhibit B.

| | |
|---|---|
| Daryl K. Roberts<br>(10/9/01) | $ 429.00 |
| Michael Wood<br>(10/10/01) | $ 312.00 |
| Marcus Brown<br>(11/20/01) | $ 496.08 |
| Nicholas Russo<br>(6/12/02) | $ 541.40 |
| Bruce Marquis<br>(6/13/02) | $ 586.71 |
| Christopher Lyons<br>(6/18/02) | $ 579.56 |
| Joseph Croughwell<br>(6/24/02) | $ 643.95 |
| Nicholas Russo<br>(6/28/02) | $ 720.27 |
| Charles Lilley<br>(7/1/02) | $ 653.49 |
| Nicholas Russo<br>(7/2/02) | $ 591.48 |
| Robert Lawlor | $ 524.70 |

(7/3/02)

James Rovella                                    $   348.21
(7/17/02)

Robert Rudewicz                                  $   491.31
(8/21/02)

David Kenary                                     $   517.55
(7/29/02)

Larry Reynolds                                   $   510.39
(7/30/02)

Joan Alexander                                   $   200.87
(8/2/02)

Jeffrey Flaherty                                 $   555.71
(8/5/02)

Mark Braunsdorf                                  $   274.28
(8/8/02)

Mark Castagna                                    $   238.50
(8/16/02)

Gary Crakes                                      $   186.03
(8/20/02)

Robert Goodwin                                   $   386.37
(8/21/02)

Lawrence Skinner                                 $    31.01
(8/22/02)

Eileen Maloney                                   $   302.90
(8/27/02)

| | |
|---|---|
| Robert Clark<br>(8/27/02) | $ 200.34 |
| Stephen Hajdasz<br>(8/28/02) | $ 689.27 |
| Allan Jacobs<br>(9/4/02) | $ 243.27 |
| Mark Hall<br>(9/6/02) | $ 736.97 |
| Anthony Miele<br>(9/13/02) | $ 140.72 |
| Stephen Miele<br>(9/16/02) | $ 355.37 |
| James Glasser<br>(9/17/02) | $ 507.05 |
| Juan Roman<br>(9/18/02) | $ 100.17 |
| Anna Smith<br>(9/18/02) | $ 164.57 |
| Richard Lessow<br>(9/19/02) | $ 190.80 |
| Michael Edelwich<br>(9/23/02) | $ 238.50 |
| Warren Bamford<br>(9/24/02) | $ 138.33 |

| | |
|---|---|
| Jeff Rovelli (9/25/02) | $ 296.20 |
| Maura Hammick (9/26/02) | $ 178.88 |
| Karen Bidwell (10/29/02) | $ 104.94 |
| Noberto Huertas (10/21/02) | $ 333.90 |
| John Durham (11/19/02) | $ 543.78 |
| Kevin Kline (11/21/02) | $ 867.75 |
| Sheila Russo (6/17/03) | $ 209.88 |
| Valerie Robertson (6/18/03) | $ 360.14 |
| Nicholas Russo (6/24/03) | $ 593.87 |
| Nicholas Russo (6/25/03) | $ 572.40 |
| Sheila Russo (7/28/03) | $ 119.25 |
| Nicholas Russo (9/4/03) | $ 523.38 |
| Nicholas Russo | $ 510.39 |

(9/5/03)

| | |
|---|---|
| Michael Fago<br>(9/18/03) | $  209.88 |
| John Murdock<br>(9/12/03) | $  195.57 |
| Timothy Hogan<br>(10/15/03) | $   269.51 |

**Total**                                                **$19,716.85**

## II.    **FEES FOR VIDEOTAPED DEPOSITIONS**

Pursuant to the court's order, the Union Defendants incurred the following fees for videotaping depositions.  As stated above, the depositions and the videotaping of the depositions were necessarily obtained for the preparation of the case.  The invoices for the videographer are attached hereto as Exhibit C.

| | |
|---|---|
| Nicholas Russo<br>(6/12/02) | $  271.60 |
| Bruce Marquis<br>(6/13/02) | $  255.04 |
| Nicholas Russo<br>(6/14/02) | $    68.89 |
| Christopher Lyons<br>(6/18/02) | $  198.72 |
| David Kenary | $  116.87 |

(7/16/02)

| | | |
|---|---|---|
| James Rovella (7/17/02) | $ | 87.72 |
| Robert Rudewicz (7/19/02) | $ | 116.87 |
| Larry Reynolds (7/30/02) | $ | 130.12 |
| Joan Alexander (8/2/02) | $ | 71.02 |
| Jeffrey Flaherty (8/5/02) | $ | 123.49 |
| James Thomas (8/6/02) | $ | 55.12 |
| Mark Braunsdorf (8/8/02) | $ | 86.39 |
| Mark Castagna (8/16/02) | $ | 77.65 |
| Gary Crakes (8/20/02) | $ | 77.65 |
| Robert Goodwin (8/21/02) | $ | 110.24 |
| Lawrence Skinner (8/22/02) | $ | 48.50 |
| Eileen Maloney and Robert Clark (8/27/02) | $ | 112.36 |

| | |
|---|---|
| Stephen Hajdasz (8/28/02) | $ 166.69 |
| John Durham (11/19/02) | $ 160.06 |
| Sheila Russo (11/20/02) | $ 56.98 |
| Sheila Russo (6/17/03) | $ 124.25 |
| Val Robertson (6/18/03) | $ 125.45 |
| Nicholas Russo (6/24/03) | $ 157.68 |
| Nicholas Russo (6/25/03) | $ 157.68 |
| Sheila Russo (7/28/03) | $ 94.84 |
| Nicholas Russo (9/4/03) | $ 307.40 |
| Timothy Hogan (9/10/03) | $ 150.25 |
| John Murdock (9/12/03) | $ 120.72 |
| **Total** | **$ 3,630.25** |

### III.    FEES FOR COPIES OF PAPERS

Copies of the exhibits to the depositions of Kevin Kline and James Glasser were necessarily obtained for use in this case.  The exhibits include documents that were relevant to the matters being discussed during the deposition, including documents relating to the Plaintiff's interaction in certain FBI investigations.  The invoices for the copies of said documents are attached hereto as Exhibit D.

| | |
|---|---|
| Deposition Exhibits- Kevin Kline | $   13.20 |
| Deposition Exhibits-James Glasser | $   10.83 |
| **Total** | **$   24.03** |

### IV.    FEES FOR WITNESSES

Pursuant to 28 U.S.C. § 1821 (b), the Defendants submit that they have incurred the following witness fee:

| | |
|---|---|
| Larry Reynolds | $   40.00 |
| Michael Wood | $   40.00 |
| **Total** | **$   80.00** |

THE DEFENDANTS,
HARTFORD POLICE UNION,
LARRY REYNOLDS,
THOMAS HARDWICK and MICHAEL WOOD


By:_____
   JOSEPHINE A. SPINELLA
   Silvester & Daly
   72 Russ Street
   Hartford, CT 06106
   Tel. (860) 278-2650
   Juris No. CT24009

**<u>CERTIFICATION</u>**

        This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of November, 2004 to:

James S. Brewer, Esq.                    John T. Forrest, Esq.
Law Office of James S. Brewer            142 Jefferson Street
818 Farmington Avenue                    Hartford, CT 06106
West Hartford, CT  06119


Attorney Helen Apostolidis               Charles L. Howard, Esq.
Office of Corporation Counsel            Gregg P. Goumas, Esq.
City of Hartford                         Shipman & Goodwin
550 Main Street                          One American Row
Hartford, CT  06103                      Hartford, CT 06103-2819


John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205


                                    By:_____
                                        JOSEPHINE A. SPINELLA
                                        Silvester & Daly



hpu-russo/bill of costs.102004