UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| PLAINTIFF | : | |
| v. | : | 3:00CV1794(JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| DEFENDANTS | : | NOVEMBER 2, 2004 |

### AFFIDAVIT OF FRANK J. SZILAGYI

I, Frank J. Szilagyi, the undersigned, being duly sworn, state:

1. That I am over the age of eighteen (18) and believe in and understand the obligations of an oath;

2. That I represent the Defendants, Hartford Police Union, Michael Wood, Thomas Hardwick and Larry Reynolds, in the above-captioned matter;

3. That I have knowledge of the facts of this matter and the fees and costs incurred in representing the Defendants over the entirety of this matter;

4. That such fees contained in the Bill of Costs are correct and were necessarily incurred in the case;

5. That the services for which fees have been charged were actually and necessarily performed.

THE AFFIANT,

_____
FRANK J. SZILAGYI

Subscribed and sworn to before me on this 2nd day of November, 2004.

_____
JOSEPHINE A. SPINELLA
Commissioner of the Superior Court