**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| PLAINTIFF | : | |
| v. | : | 3:00CV1794(JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| DEFENDANTS | : | NOVEMBER 2, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, Hartford Police Union, Larry Reynolds, Thomas Hardwick and Michael Wood, have manually filed the following document or thing:

Exhibits B, C and D attached to the Union Defendants' Bill of Costs

This document has not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format
[  ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        THE DEFENDANTS,
        HARTFORD POLICE UNION,
        LARRY REYNOLDS,
        THOMAS HARDWICK and MICHAEL WOOD


By:_____
  JOSEPHINE A. SPINELLA
  Silvester & Daly
  72 Russ Street
  Hartford, CT 06106
  Tel. (860) 278-2650
  Juris No. CT24009

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of November, 2004 to:

James S. Brewer, Esq.  
Law Office of James S. Brewer  
818 Farmington Avenue  
West Hartford, CT  06119  

John T. Forrest, Esq.  
142 Jefferson Street  
Hartford, CT 06106  

Attorney Helen Apostolidis  
Office of Corporation Counsel  
City of Hartford  
550 Main Street  
Hartford, CT  06103  

Charles L. Howard, Esq.  
Gregg P. Goumas, Esq.  
Shipman & Goodwin  
One American Row  
Hartford, CT 06103-2819  

John Shea, Esq.  
Sabia & Hartley, LLC  
190 Trumbull Street  
Suite 202  
Hartford, CT 06103-2205  

By:_____  
    JOSEPHINE A. SPINELLA  
    Silvester & Daly  

hpu-russo/bill of costs.102004