UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| Plaintiff, | | 3:00-CV-1794 (JCH) |
| | : | |
| v. | | |
| | : | |
| JOHN M. BAILEY, ET AL, | | |
| Defendant. | : | NOVEMBER 18, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves the Court to withdraw her appearance on behalf of the Defendant, the City of Hartford ("Hartford"), in the above-captioned action.  In support of this motion, the undersigned represents that, effective December 1, 2004, she will no longer be employed by Sabia & Hartley LLC.  Moreover, three other attorneys employed by Sabia & Hartley LLC, John P. Shea, Jr., Michael G. Albano and Jill Hartley, have also appeared on behalf of Hartford and will continue to represent Hartford's interests in this matter.

A certified copy of this motion has been sent to Hartford in accordance with the requirements of Local Rule 7(e).

NO ORAL ARGUMENT REQUESTED

WHEREFORE, the undersigned respectfully moves the Court to grant her motion to withdraw her appearance on behalf of the Defendant, Hartford.

_____
Lori Rittman Clark
Fed. Bar No. CT19908
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077

## CERTIFICATION

I hereby certify that, on this 18th day of November, a copy of the foregoing was sent via

certified mail to the City of Hartford c/o John Rose, Esq., Office of the Corporation Counsel,

550 Main Street, Hartford, CT 06103; and  via U.S. Mail, first class, postage prepaid to:

James S. Brewer, Esq.                       John T. Forrest, Esq.
Erin I. O'Neil-Baker, Esq.                  Law Offices of John T. Forrest, LLC
818 Farmington Avenue                       142 Jefferson Street
West Hartford, CT 06119                     Hartford, CT 06106

Charles L. Howard, Esq.                     Frank J. Szilagyi, Esq.
Gregg Peter Goumas, Esq.                    Silvester, Daly & Delaney
Derek L. Mogck, Esq                         72 Russ Street
Shipman & Goodman                           Hartford, CT 06106
One American Row
Hartford, CT 06103

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Russo\withdrawal.appearance.lrc.Russo.1794.wpd