UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS RUSSO | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:00-CV-1794 (JCH) |
| v. | : | |
| | : | |
| JOHN BAILEY, et al. | : | |
|    Defendants. | : | JANUARY 13, 2005 |

### DEFENDANT, CITY OF HARTFORD'S, MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P 12(c), Defendant, City of Hartford ("Hartford"), submits this Motion for Judgment on the Pleadings. Hartford is entitled to judgment on the Seventh Count of Plaintiff's Sixth Amended Complaint, dated February 11, 2003 because this claim is barred by the doctrine of collateral estoppel.

Plaintiff's Seventh Count alleges that Hartford is liable under 28 U.S.C. § 1983 for the purported First Amendment retaliation inflicted upon him by Defendants Croughwell, Flaherty, Kenary, Roberts, Lawlor and Lyons because such constitutional harm was proximately caused by a Hartford policy or custom. The issues of law and fact raised by this Seventh Count are identical to issues previously raised by Plaintiff in Russo v. City of Hartford, 97 CV 2380. As all material issues of law and fact raised by the Seventh Count were fully and fairly litigated by the parties and were necessarily decided by the Court in entering a valid and final judgment for Hartford in that proceeding, Plaintiff is precluded from pursuing them again in this action.

Wherefore, Hartford moves for the entry of judgment in its favor on the pleadings.

                DEFENDANT, CITY OF HARTFORD

                By_____
                    John P. Shea, Jr.
                    Federal Bar CT 17433
                    Sabia & Hartley, LLC
                    190 Trumbull Street, Suite 202
                    Hartford, CT 06103
                    Telephone: 860-541-2077
                    Facsimile: 860-713-8944
                    Its Attorney

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent via facsimile and U.S. Mail, first class, postage prepaid, on this 13th day of January, 2005 to:

| | |
|---|---|
| James S. Brewer, Esq.<br>Erin I. O'Neil-Baker, Esq.<br>818 Farmington Avenue<br>West Hartford, CT 06119 | John T. Forrest, Esq.<br>Law Offices of John T. Forrest, LLC<br>142 Jefferson Street<br>Hartford, CT 06106 |
| Charles L. Howard, Esq.<br>Gregg Peter Goumas, Esq.<br>Derek L. Mogck, Esq<br>Shipman & Goodman<br>One American Row<br>Hartford, CT 06103 | Helen Apostolidis, Esq.<br>City of Hartford<br>Corporation Counsel's Office<br>550 Main Street<br>Hartford, CT 06103 |
| Norman A. Pattis, Esq.<br>649 Amity Road, P.O. Box 280<br>Bethany, CT 06524 | Frank J. Szilagyi, Esq.<br>Silvester, Daly & Delaney<br>72 Russ Street<br>Hartford, CT 06106 |

<u>Chambers Copy:</u>
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
  John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Trial Prep\dismiss.mot.12(c).wpd