UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:97 CV 2380 (JCH) (lead case) |
| Plaintiff, | : | **3:00 CV 1794 (JCH)**√ |
| v. | : | 3:00 CV 2382 (JCH) |
| | : | |
| JOHN M. BAILEY, ET AL. | : | |
| | : | |
| Defendants. | : | JANUARY 19, 2005 |

## MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER
## AND AFFIRMATIVE DEFENSES

Pursuant to Fed.R.Civ.P. 15(a), the Defendant, City of Hartford ("Defendant City"), moves this Court for leave to file its Second Amended Answer and Affirmative Defenses in the above captioned matter. A copy of this proposed Second Amended Answer and Affirmative Defenses is appended hereto as "Exhibit A".

Rule 15(a) of the Federal Rules provides that leave to amend "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a). The United States Court of Appeals for the Second Circuit has adopted a very liberal approach to administering Rule 15, noting that said approach reflects two of the most important principles behind the Federal Rules: pleadings are to serve the limited role of providing the opposing party with notice of the claim or defense to be litigated, and "mere technicalities" should not prevent cases from being decided on the merits. Monahan v. Department

of Corrections, 214 F.3d 275, 284 (2d Cir. 2000); see also 6 Charles Alan Wright,

Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure: Civil 2d § 1471 (2d

ed.1990).

Thus, there exists a presumption in favor of permitting the amendment unless

"doing so unfairly surprises the non-movant and impedes the fair prosecution of the

claim." Id. Indeed, "it is rare that such leave should be denied." Ricciuti v. New York

City Transit Auth., 941 F.2d 119, 123 (2d Cir.1991) (citation omitted). "The rule in this

Circuit has been to allow a party to amend its pleadings in the absence of a showing

by the non-movant of prejudice or bad faith." Block v. First Blood Assoc., 988 F.2d

344, 350 (2d Cir. 1993).

The Defendant City's Second Amended Answer and Affirmative Defenses

modifies its answers to Paragraphs 14 and 48 of the First Count, and withdraws the

Second, Third and Fourth Affirmative defenses previously asserted, in order to

conform these responses to the summary judgment record. The Second Amended

Answer and Affirmative Defenses also adds three additional affirmative defenses, all

of which arise pursuant to the Court's September 30, 2004 Rulings on Defendants'

Motions for Summary Judgment (hereinafter the "Ruling"). The Ninth Affirmative

defense asserts that Plaintiff's claim is barred by the doctrine of res judicata. The

Tenth Affirmative Defense asserts that Plaintiff's claim is barred by the doctrine of

collateral estoppel. The Eleventh Affirmative Defense asserts that Plaintiff is not

entitled to a damage award for lost wages because he was unavailable for work.

The inclusion of these additional defenses will not result in any prejudice or surprise to Plaintiff inasmuch as the factual and legal grounds for these defenses were discovered and explored by all parties during the course of discovery or arose upon the Court's Ruling.  This matter has recently bee scheduled to begin trial on March 2, 2005.

WHEREFORE, the Defendant City requests that this Court grant it leave to file its Second Amended Answer and Affirmative Defenses.

**DEFENDANT,**
**CITY OF HARTFORD**


By_____
    John P. Shea, Jr.
    Federal Bar CT 17433
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: 860-541-2077
    Facsimile: 860-713-8944
    Its Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile and U.S. Mail, first class, postage prepaid, on this 19th day of January, 2005 to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Charles L. Howard, Esq.
Gregg Peter Goumas, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Norman A. Pattis, Esq.
649 Amity Road, P.O. Box 280
Bethany, CT 06524

Chambers Copy:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
City of Hartford
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

_____
John P. Shea, Jr.