UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS RUSSO : | CIVIL ACTION NO. |
| Plaintiff, : | 3:00-CV-1794 (JCH) |
| v. : | |
| : | |
| : | |
| JOSEPH CROUGHWELL, et al. : | |
| Defendants. : | February 3, 2005 |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P 12(c), Defendants, Joseph Croughwell, Jeffrey Flaherty, David Kenary, Daryl Roberts, Christopher Lyons, Robert Lawlor (collectively "the Police Defendants") and the City of Hartford, submit this Motion for Judgment on the Pleadings. Defendants are entitled to judgment on the First Count of Plaintiff's Sixth Amended Complaint, dated February 11, 2003, alleging First Amendment retaliation insofar as such claim is premised upon their alleged participation in Plaintiff's arrest and prosecution for illegally obtaining prescription drugs. The Defendants are entitled to Judgment on the Pleadings for the following reasons:

(1) As a matter of law, under Heck v. Humphrey, 512 U.S. 477 (1994), the Defendants cannot be held liable for their role in Plaintiff's arrest and prosecution because Plaintiff has been convicted and cannot demonstrate that his criminal conviction or sentence has been overturned or otherwise

**ORAL ARGUMENT REQUESTED**

invalidated; and

(2) In the alternative, even if Plaintiff could establish a claim for First Amendment retaliation without demonstrating that his criminal conviction or sentence has been overturned or otherwise invalidated, the Police Defendants are entitled to qualified immunity for their actions due to the existence of probable cause.

WHERFORE, the Defendants respectfully request that their Motion for Judgment on the Pleadings be granted.

DEFENDANTS,
JOESPH CROUGHWELL, JEFFERY FLAHERTY, DAVID KENARY, DARYL ROBERTS, CHRISTOPHER LYONS and ROBERT LAWLOR

By: _____
Charles L. Howard (ct 05366)
Gregg P. Goumas (ct 19095)
Derek L. Mogck (ct 23688)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214

DEFENDANT,
CITY OF HARTFORD

By _____ w/ permission
John P. Shea, Jr.                    /JPM/
Federal Bar CT 17433
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: 860-541-2077
Facsimile: 860-713-8944
Its Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile and U.S. Mail, first class, postage prepaid, on this 3rd day of February, 2005 to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker, Esq.
818 Farmington Avenue
West Hartford, CT 06119

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Norman A. Pattis, Esq.
649 Amity Road, P.O. Box 280
Bethany, CT 06524

Chambers Copy:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
City of Hartford
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Attorney Erin O'Neil
41A New London Tpk.
Glastonbury, CT 06033

_____
Gregg P. Goumas

393695 v.01 S1