

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:00-cv-1794 (JCH) |
| v. | : | |
| | : | |
| JOSEPH CROUGHWELL, ET AL. | : | |
| | : | |
| Defendants. | : | February 8, 2005 |

## DEFENDANTS' SUPPLEMENTAL
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants, City of Hartford, Joseph Croughwell, Daryl Roberts, James Flaherty, David Kenary, Christopher Lyons and Robert Lawlor (collectively "the Defendants") supplement their Motion for Judgment on the Pleadings, dated February 3, 2005. In their original Motion for Judgment on the Pleadings, Defendants argued that they are entitled to judgment on the First Count of Plaintiff's Sixth Amended Complaint, dated February 11, 2003, alleging First Amendment retaliation insofar as such claim is premised upon their alleged participation in Plaintiff's arrest and prosecution for illegally obtaining prescription drugs. In addition, for the reasons discussed in the attached Supplemental Memorandum of Law, the Defendants respectfully submit that they are also entitled to judgment on the pleadings for any claim of lost wages (back pay) made by Plaintiff in this action.

1

WHERFORE, the Defendants respectfully request that their Supplemental Motion for Judgment on the Pleadings be granted.

DEFENDANTS,
JOESPH CROUGHWELL, JEFFERY FLAHERTY, DAVID KENARY, DARYL ROBERTS, CHRISTOPHER LYONS and ROBERT LAWLOR

By: _____
Charles L. Howard (ct 05366)
Gregg P. Goumas (ct 19095)
Derek L. Mogck (ct 23688)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214

DEFENDANT,
CITY OF HARTFORD

By _____
    John P. Shea, Jr.
    Federal Bar CT 17433
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: 860-541-2077
    Facsimile: 860-713-8944
    Its Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 8th day of February, 2005 to:

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Norman A. Pattis, Esq.
649 Amity Road, P.O. Box 280
Bethany, CT 06524

Chambers Copy:
The Honorable Janet C. Hall
Unites States Distrcit Court
915 Lafayette Blvd.
Bridgeport, Ct

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
City of Hartford
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Attorney Erin O'Neil
41A New London Turnpike
Glastonbury, CT 06033

_____
Gregg P. Goumas

394335 v.01 S1

4