FILED

2005 FEB 15  A 11: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR.<br>PLAINTIFF | : CIVIL ACTION NO. |
| v. | : 3:00CV1794(JCH) |
| CITY OF HARTFORD, ET AL<br>DEFENDANTS | : FEBRUARY 14, 2005 |

## UNION DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT

Pursuant to Federal Rule 58, the Hartford Police Union, Michael Wood, Thomas Hardwick and Larry Reynolds (hereinafter referred to as "Union Defendants") hereby request that the court enter judgment on the Plaintiff's claims against the Union Defendants. In support of this Request, the Union Defendants submit that the Plaintiff brought this action against multiple defendants, including the Union Defendants, and asserted multiple claims against each defendant.

In a case where there are multiple claims and parties, "the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." F.R.Civ.P. 54 (b). "Not all final judgments on individual claims should be immediately appealable, even if they are in some sense separable from the remaining unresolved claims . . . It is left to the sound judicial

discretion of the district court to determine the 'appropriate time' when each final decision is a multiple claims action is ready for appeal . . . This discretion is to be exercised 'in the interest of judicial administration.'" (Internal quotation marks omitted.) Bristol Technology, Inc. v. Microsoft Corporation, 127 F. Sup. 2d 85, 89 (2000) (quoting Curtiss-Wright Corp. v. Gen. Elec. Co., 446 U.S. 1, 7-8, 100 S.Ct. 1460, 64 L.Ed. 2d 1 (1980)).

In this instance, the Plaintiff brought a complaint alleging multiple claims against multiple parties. The Union Defendants filed a Motion for Summary Judgment, dated December 24, 2003, directed at all of the claims set forth against them. On September 30, 2004, the court, *Hall, J.*, ruled that the Union Defendants were entitled to judgment in their favor on all of the Plaintiff's claims against them. The court, however, has not yet entered final judgment on the claims against the Union Defendants. Since this case contains multiple parties and claims, the Union Defendants submit that the court may enter a final judgment with regard to the claims against the Union Defendants.

For the foregoing reasons, the Defendants, Hartford Police Union, Michael Wood, Thomas Hardwick and Larry Reynolds, respectfully request that the court enter final judgment on the Plaintiff's claims brought against them.

THE DEFENDANTS,
HARTFORD POLICE UNION,
LARRY REYNOLDS,
THOMAS HARDWICK and MICHAEL WOOD

By: _____
FRANK J. SZILAGYI
Silvester & Daly
118 Oak Street
Hartford, CT 06106
Tel. (860) 278-2650
Juris No. CT07859

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 14th day of February, 2005 to:

Erin O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT 06033

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Ryan P. Barry, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Chambers Copy To:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Norman A. Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

By: _____
FRANK J. SZILAGY
Silvester & Daly

hpu-russo/req for judgment.020905