UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS RUSSO, JR. | : | 3:00cv1794 (JCH) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD, ET AL. | : | FEBRUARY 22, 2005 |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT TO REVIVE COUNT EIGHT OF THE SIXTH AMENDED COMPLAINT

_____The plaintiff hereby moves that the Eight Count of the Sixth Amended Complaint be restored to this action by way of an Amended Complaint filed pursuant to Rule 15 of the Federal Rules of Civil Procedure. A memorandum is filed together with this motion as required by the local rules.

THE PLAINTIFF

By_____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745
Ct 13120

### CERTIFICATION

The foregoing was mailed and sent via facsimile this 22nd day of February 2005 to the following:

Charles Howard, Greg Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103

John Forrest
142 Jefferson St.
Hartford, CT 06106

Helen Aposolidis
City of Hartford
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank Szilagyi
72 Russ Street
Hartford, CT 06106


                                                                          _____
                                                                               NORMAN A. PATTIS