UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS RUSSO, JR.           :    3:00cv1794 (JCH)
                              :
v.                            :
                              :
CITY OF HARTFORD, ET AL.      :    FEBRUARY 22, 2005

**MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S MOTION TO AMEND COMPLAINT TO REVIVE COUNT EIGHT OF THE SIXTH AMENDED COMPLAINT**

The plaintiff has moved to restore the Eight Count of the Sixth Amended Complaint by way of an Amended Complaint filed pursuant to Rule 15 of the Federal Rules of Civil Procedure. He requests permission to do so as he was recently terminated from employment by the City of Hartford, and this termination supports his wrongful termination claim.

In the Courts Memorandum of Decision granting Summary Judgment as to Count Eight of the Sixth Amended Complaint, this Court ruled that absence of evidence that the plaintiff had been terminated was fatal to his wrongful discharge claim. Memorandum of Decision, p. 60.

On January 31, 2005 the City of Hartford terminated the plaintiff's employment effective February 7, 2005.

There can be no claim of prejudice to the defendants by permitting this amendment as the factual basis of the termination has in large measure been the subject of this litigation and the issues were previously briefed at the Summary Judgment stage.

THE PLAINTIFF

By_____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745
Ct 13120

**<u>CERTIFICATION</u>**

The foregoing was mailed and sent via facsimile this 22nd day of February 2005

to the following:

Charles Howard, Greg Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103

John Forrest
142 Jefferson St.
Hartford, CT 06106

Helen Aposolidis
City of Hartford
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank Szilagyi
72 Russ Street
Hartford, CT 06106

_____
NORMAN A. PATTIS