UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR. | : CIVIL ACTION NO. |
| | : 3:97 CV 2380 (JCH) (lead case) |
| Plaintiff, | : **3:00 CV 1794 (JCH)**√ |
| v. | : |
| | : |
| JOHN M. BAILEY, ET AL. | : |
| | : |
| Defendants. | : FEBRUARY 25, 2005 |

### MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Fed.R.Civ.P. 15(a), the Defendant, City of Hartford ("Defendant City"), moves this Court for leave to file its Third Amended Answer and Affirmative Defenses in the above captioned matter. A copy of this proposed Third Amended Answer and Affirmative Defenses is appended hereto as "Exhibit A".

Rule 15(a) of the Federal Rules provides that leave to amend "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a). The United States Court of Appeals for the Second Circuit has adopted a very liberal approach to administering Rule 15, noting that said approach reflects two of the most important principles behind the Federal Rules: pleadings are to serve the limited role of providing the opposing party with notice of the claim or defense to be litigated, and "mere technicalities" should not prevent cases from being decided on the merits. Monahan v. Department

of Corrections, 214 F.3d 275, 284 (2d Cir. 2000); see also 6 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure: Civil 2d § 1471 (2d ed.1990).

Thus, there exists a presumption in favor of permitting the amendment unless "doing so unfairly surprises the non-movant and impedes the fair prosecution of the claim." Id. Indeed, "it is rare that such leave should be denied." Ricciuti v. New York City Transit Auth., 941 F.2d 119, 123 (2d Cir.1991) (citation omitted). "The rule in this Circuit has been to allow a party to amend its pleadings in the absence of a showing by the non-movant of prejudice or bad faith." Block v. First Blood Assoc., 988 F.2d 344, 350 (2d Cir. 1993).

The Defendant City's Third Amended Answer and Affirmative Defenses simply re-asserts a statute of limitations defense previously withdrawn in error. The re-assertion this additional defense as the Third Affirmative Defense To Seventh Count will not result in any prejudice or surprise to Plaintiff inasmuch as the factual and legal grounds for these defenses were discovered and explored by all parties during the course of discovery or arose upon the Court's Ruling. This matter has recently bee scheduled to begin trial on March 3, 2005.

WHEREFORE, the Defendant City requests that this Court grant it leave to file its Third Amended Answer and Affirmative Defenses.

DEFENDANT,
CITY OF HARTFORD

By _____
John P. Shea, Jr.
Federal Bar CT 17433
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: 860-541-2077
Facsimile: 860-713-8944
Its Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile and U.S. Mail, first class, postage prepaid, on this 25th day of February, 2005 to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker, Esq.
818 Farmington Avenue
West Hartford, CT 06119

Charles L. Howard, Esq.
Gregg Peter Goumas, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Norman A. Pattis, Esq.
649 Amity Road, P.O. Box 280
Bethany, CT 06524

John T. Forrest, Esq.
Law Offices of John T. Forrest, LLC
142 Jefferson Street
Hartford, CT 06106

Helen Apostolidis, Esq.
City of Hartford
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Frank J. Szilagyi, Esq.
Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106

Chambers Copy:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Answers\mil.third.amend.answer.bailey.wpd