UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR.<br>     PLAINTIFF, | :<br>:<br>: | CIVIL ACTION NO.<br>3:97 CV 2380 (JCH) (lead case)<br>**3:00 CV 1794 (JCH)** √ |
| v. | :<br>:<br>:<br>: | |
| JOHN BAILEY, ET AL.<br>     DEFENDANTS. | :<br>: | FEBRUARY 25, 2005 |

**DEFENDANT, CITY OF HARTFORD'S NOTICE OF SUPPLEMENTAL
SPECIAL VERDICT FORM**

The Defendant, City of Hartford, requests that the enclosed Section H "First Amendment Claim Against the Defendant City of Hartford" replace Section H of the Defendants Proposed Special Verdict Form previously submitted pursuant to Section 15.b.3. of the Joint Trial Memorandum.

                                        DEFENDANT
                                        CITY OF HARTFORD

                                        By_____
                                        John P. Shea, Jr. (ct 17433)
                                        Sabia & Hartley, LLC
                                        190 Trumbull Street, Suite 202
                                        Hartford, CT 06103
                                        (860) 541-2077
                                        Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, this 25th day of February, 2005 to:

Attorney Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Gregg P. Goumas, Esq.
Charles L. Howard, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103

**Chambers Copy:**
The Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

John T. Forrest, Esq.
Law Offices of John T. Forrest
142 Jefferson Street
Hartford, CT 06106

Norm Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

Erin O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT 06033

_____
John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Trial Prep\Charge\Supp.sp.verd.2.25.05.wpd