H.  **FIRST AMENDMENT CLAIM AGAINST THE DEFENDANT CITY OF HARTFORD**

1. Has Mr. Russo proven by a preponderance of the evidence that Joseph Croughwell, James Flaherty, David Kenary, Daryl Roberts, Christopher Lyons or Robert Lawlor deprived him of his First Amendment Rights?

    Yes_____    No_____

2. If the answer to question H.1 is no, please STOP HERE and return your verdict for all defendants on all counts.

3. If the answer to question H.1 is yes, please check "YES" next to those actions you have found violated Mr. Russo's First Amendment Rights. Please check "NO" next to those actions which you have found did not violate Mr. Russo's First Amendment Rights.

    a. His drug test in November 1997-                              YES____ NO____
    b. The investigation into his drug use-                         YES____ NO____
    c. The delay in giving him a key for after hours access to his workspace-
                                                                     YES____ NO____
    d. The telephone conference of October 1997-                    YES____ NO____

5. Has Mr. Russo proven that the City of Hartford's training program was not adequate to train its police officers to properly handle the usual and recurring personnel or employment situations arising when supervising, or working with, those fellow employees who either were assigned to a federal task force, reported police corruption or filed lawsuits against other police officers?
    Yes_____    No_____

6. Has Mr. Russo identified specific deficiencies in the City's training program and shown how better or different training could have prevented the challenged conduct?

    YES_____    NO_____

7. Has Mr. Russo shown that Hartford's City Manager knew to a moral certainty that Hartford Police Officers would supervise, or work with, fellow employees who either were assigned to a federal task force, reported police corruption to federal authorities or filed lawsuits against other police officers?

        YES_____    NO_____

8. Has Mr. Russo shown that supervising, or working with, employees who either were assigned to a federal task force, reported police corruption to federal authorities or filed lawsuits against other police officers presented Hartford Police Officers with a difficult choice of the sort training or supervision would make easier or that there was a history of police officers mishandling such situations prior to the mistreatment of Mr. Russo?

        YES_____    NO_____

9. Has Mr. Russo shown that the wrong personnel or employment action taken by a police officer supervising, or working with, employees who either were assigned to a federal task force, reported police corruption to federal authorities or filed lawsuits against other police officers would frequently result in the deprivation of such employee's constitutional rights?

        YES_____    NO_____

10. Has Mr. Russo shown that the inadequate training of Hartford Police Officers caused any of the following Defendants to retaliate against him:

| Defendant | Yes | No |
|---|---|---|
| JOSEPH CROUGHWELL | YES_____ | NO_____ |
| JEFFREY FLAHERTY | YES_____ | NO_____ |
| DAVID KENARY | YES_____ | NO_____ |
| DARYL ROBERTS | YES_____ | NO_____ |
| CHRISTOPHER LYONS | YES_____ | NO_____ |
| ROBERT LAWLOR | YES_____ | NO_____ |

Supp.special.verdict.wpd