UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


NICHOLAS O. RUSSO, JR. : CIVIL ACTION NO.
   PLAINTIFF, : 3:97 CV 2380 (JCH) (lead case)
     : **3:00 CV 1794 (JCH)** √

v. :
 :
 :
 :
 :
JOHN BAILEY, ET AL. :
   DEFENDANTS. : FEBRUARY 25, 2005


### DEFENDANT, CITY OF HARTFORD'S NOTICE OF SUPPLEMENTAL REQUEST TO CHARGE

The Defendant, City of Hartford, requests that the enclosed Proposed Instruction #7

replace Defendant's Proposed Instruction #7 previously submitted pursuant to Section 15.b.2

of the Joint Trial Memorandum.

DEFENDANT
CITY OF HARTFORD


By_____
John P. Shea, Jr. (ct 17433)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, this 23rd day of February, 2005 to:

Attorney Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT  06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

Gregg P. Goumas, Esq.
Charles L. Howard, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103

John T. Forrest, Esq.
Law Offices of John T. Forrest
142 Jefferson Street
Hartford, CT 06106

Norm Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

Erin O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT  06033

**And Sent E-Mail, With Permission, To:**

**Chambers Copy:**
The Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Trial Prep\Charge\Supp.Monell charge.2.25.05.wpd

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street    Suite 202    Hartford, CT 06103-2205
tel 860.541.2077    fax 860.713.8944    www.sabiahart.com