UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR.<br>    PLAINTIFF, | :    CIVIL ACTION NO.<br>:    3:97 CV 2380 (JCH) (lead case)<br>:    **3:00 CV 1794 (JCH)** √ |
| v. | : |
| JOHN BAILEY, ET AL.<br>    DEFENDANTS. | :<br>:    FEBRUARY 25, 2005 |

**DEFENDANT, CITY OF HARTFORD'S SUPPLEMENTAL
<u>DISCLOSURE OF TRIAL WITNESSES</u>**

Pursuant to the Court's rulings during the February 24, 2005 pre-trial, the Defendant, City of Hartford (the "City"), respectfully requests permission to supplement its witness list. In addition to those witnesses listed in Section 8.C of the Joint Trial Memorandum, the City hereby discloses that it may call the following witness at trial:

19.   William Reilly
      P.O. Box 9401
      Bolton, CT 06043

Mr. Reilly is a former Assistant Chief of the Hartford Police Department. Mr. Reilly may provide testimony as to the training and supervision of Hartford Police Supervisors and Officers.

DEFENDANT
CITY OF HARTFORD

By_____
John P. Shea, Jr. (ct 17433)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, this 25th ~~23rd~~ day of February, 2005 to:

Attorney Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT  06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

Gregg P. Goumas, Esq.
Charles L. Howard, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin
One American Row
Hartford, CT  06103

John T. Forrest, Esq.
Law Offices of John T. Forrest
142 Jefferson Street
Hartford, CT 06106

Norm Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

Erin O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT  06033

**Chambers Copy:**
The Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
John R. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Trial Prep\Charge\Supp.Disc.2.25.05.wpd