UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:00-cv-1794 (JCH) |
| v. | : | |
| | : | |
| JOSEPH CROUGHWELL, ET AL. | : | |
| | : | |
| Defendants. | : | February 25, 2005 |

## MOTION FOR LEAVE TO AMEND
## ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Fed. R. Civ. P. 15(a), and in accordance with the discussion on the record in Chambers on February 24, 2005, defendants Joseph Croughwell, Jeffrey Flaherty, David Kenary, Daryl Roberts, Christopher Lyons and Robert Lawlor (collectively "the Police Defendants"), move this Court for leave to file their Second Amended Answer and Affirmative Defenses in the above captioned matter. In their Second Amended Answer, the Police Defendants reassert the statute of limitations defense that was asserted in their earlier Answer. Based on the discussion on the record, Plaintiff does not object.

A copy of this proposed Second Amended Answer and Affirmative Defenses is appended hereto as "Exhibit A".

DEFENDANTS,
JOESPH CROUGHWELL, JEFFERY
FLAHERTY, DAVID KENARY, DARYL
ROBERTS, CHRISTOPHER LYONS and
ROBERT LAWLOR

By: _____
Charles L. Howard (ct 05366)
Linda L. Yoder (ct 01599)
Gregg P. Goumas (ct 19095)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Second Amended Answer and Affirmative Defenses was faxed and mailed on this 25th day of February, 2005, via first class mail, postage prepaid, as follows:

Attorney Erin I. O'Neil
41A New London Tpk.
Glastonbury, CT 06033

John T. Forrest, Esq.
Law Offices of John T. Forrest
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Norman Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

John P. Shea Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

With Chambers Copy to:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Gregg P. Goumas

396057 v.01 S1

3