FILED

2005 MAR 11 P 1:45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO | : | CIVIL ACTION NO. |
| | : | 3:97 CV 2380 (JCH)(Lead Case) |
| Plaintiff, | : | **3:00 CV 1794 (JCH)**√ |
| | : | |
| v. | : | |
| | : | |
| JOHN BAILEY, ET AL. | : | |
| | : | |
| Defendants | : | MARCH 11, 2005 |

## DEFENDANT CITY OF HARTFORD'S MOTION FOR A JUDGMENT AS A MATTER OF LAW PURSUANT TO F.R.C.P. 50(a)

The Defendant, City of Hartford, ("Hartford") hereby moves pursuant to Fed. R. Civ. P. 50

for judgment as a matter of law. Plaintiff has rested his case in chief and cannot recover as a

matter of law because: (1) his claim is barred by the doctrine of res judicata; and (2) he cannot

establish that his constitutional derpviation resulted from a Hartford policy or custom because

there exists no legally sufficient evidentiary basis for the jury to find the following two essential

elements: (a) that a Hartford policymaker displayed deliberate indifference to his constitutional

rights; and (b) that a defeciency in Hartford's police training cause his constitutional deprivation.

Hartford is therefore entitled to Judgement as a matter of law.

1

DEFENDANT,
CITY OF HARTFORD

By_____
John P. Shea, Jr.
Federal Bar No. CT 17433
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: 860-541-2077
Facsimile: 860-713-8944
Its Attorney

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was delivered by hand and/or mailed, postage prepaid, this 11th day of March, 2005, to:

Attorney Erin O'Neil
41A New London Turnpike
Glastonbury, CT 06033

Atrorney Helen Apostolidis
Office of corporation Counsel
City of Hartford
55 Main Street
Hartford, CT 06103

John T. Forrest, Esq.
Law Offices of John T. Forrest
142 Jefferson Street
Hartford, CT 06106

Norman A. Pattis, Esq.
P.O. 280
Bethany, CT 06524

Charles L. Howard, Esq.
One Constitution Plaza
Hartford, CT 06103

Chambers Copy:

The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

John P. Shea

3