UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR. | 3:97cv2380 JCH |
| | Consolidated with |
| v. | 3:00cv1794 JCH |

JOAN ALEXANDER, JOHN M. BAILEY,
HERBERT CARLSON, JR., JOSEPH CROUGHWELL,
JEFFREY FLAHERTY,  JOSEPH E. HAMMICK,
THOMAS HARDWICK, CITY OF HARTFORD,
HARTFORD POLICE UNION, DAVID KENARY,
STEPHEN KUMNICK, ROBERT LAWLOR,
CHARLES LILLEY, CHRISTOPHER LYONS,
LAWRENCE REYNOLDS, DARYL K. ROBERTS,
JAMES ROVELLA, ROBERT RUDEWICZ,
LAWRENCE SKINNER, JAMES E. THOMAS and MICHAEL WOOD

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall,  United States District Judge.

On June 10, 2002, a Ruling (document #222 filed in 3:97cv2380) was filed dismissing defendants Alexander, Bailey, Carlson, Hammick, Kumnick, Skinner and Thomas.

On September 30, 2004, a Ruling (document #69 filed in case 3:00cv2382) was filed granting summary judgment as to defendants Hardwick, Hartford Police Union, Lilley, Reynolds, Rovella, Rudewicz and Wood.

On March 10, 2005, the claims against Daryl K. Roberts were withdrawn.

On March 16, 2005, after deliberation, the jury returned a verdict.  The jury found in favor of defendants Jeffrey Flaherty, Robert Lawlor and Christopher Lyons.  The jury found in favor of the plaintiff against the defendant Joseph Croughwell and awarded

damages in the amount of $22,500.00, against the defendant David Kenary and awarded damages in the amount of $22,500.00, against the defendant City of Hartford and awarded damages in the amount of $350,000.00. The plaintiff was awarded punitive damages in the amount of $75,000.00 against defendant Joseph Croughwell and in the amount of $100,000.00 against the defendant David Kenary.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the plaintiff in the total amount of $570,000.00 and for the defendants Flaherty, Hardwick, Hartford Police Union, Lawlor, Lilley, Lyons, Reynolds, Rovella, Rudewicz and Wood, the complaints are dismissed as to defendants Alexander, Bailey, Carlson, Hammick, Kumnick, Skinner and Thomas and the cases are closed.

Dated at Bridgeport, Connecticut, this 28th day of March, 2005.

KEVIN F. ROWE, Clerk

By /s/Catherine Boroskey
    Deputy Clerk

Entered on Docket _____