UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| PLAINTIFF | : | |
| v. | : | 3:00CV1794(JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| DEFENDANTS | : | MARCH 31, 2005 |

## UNION DEFENDANTS' MOTION FOR ATTORNEYS' FEES

Pursuant to Federal Rule of Civil Procedure 54 (d), the Defendants, the Union Defendants, including the Hartford Police Union, Michael Wood, Thomas Hardwick and Larry Reynolds, hereby submit this Motion for Attorneys' Fees. In support of this Motion, the Defendants submit that they are the prevailing parties and that they are entitled to attorneys' fees pursuant to 42 U.S.C. § 1988.

The reasons that support this Motion are more fully set forth in the accompanying memorandum of law and affidavits.

For the foregoing reasons, as well as the reasons set forth in the memorandum of law, the Defendants, Hartford Police Union, Michael Wood, Thomas Hardwick and Larry Reynolds, hereby request that the court grant their Motion for Attorneys' Fees.

THE DEFENDANTS,
HARTFORD POLICE UNION,
LAWRENCE REYNOLDS,
THOMAS HARDWICK and MICHAEL WOOD


By:_____
   FRANK J. SZILAGYI
   Federal Bar No. CT07859
   Josephine A. Spinella
   Federal Bar. No. CT24009
   Silvester & Daly
   118 Oak Street
   Hartford, CT 06106
   Tel. (860) 278-2650
   Federal Bar No. CT07859

## **ORDER**

The foregoing Motion having been duly presented to this Court, it is hereby

**ORDERED**,

That the same be and hereby is granted/denied.

BY THE COURT,

_____
Clerk

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, in the United States mail, this 31st day of March, 2005 to:

Erin O'Neil, Esq.  
Brewer & O'Neil  
818 Farmington Avenue  
West Hartford, CT  06119

John T. Forrest, Esq.  
142 Jefferson Street  
Hartford, CT 06106

Attorney Helen Apostolidis  
Office of Corporation Counsel  
City of Hartford  
550 Main Street  
Hartford, CT  06103

Charles L. Howard, Esq.  
Gregg P. Goumas, Esq.  
Shipman & Goodwin  
One American Row  
Hartford, CT 06103-2819

John Shea, Esq.  
Sabia & Hartley, LLC  
190 Trumbull Street  
Suite 202  
Hartford, CT 06103-2205

Norman A. Pattis  
Law Offices of Norman A. Pattis, LLC  
649 Amity Road  
P.O. Box 280  
Bethany, CT 06524

                              By:_____  
                                  FRANK J. SZILAGYI  
                                  Silvester & Daly

Hpu-russo/mot. attys. fees.033105