**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| PLAINTIFF | : | |
| v. | : | 3:00CV1794(JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| DEFENDANTS | : | MARCH 31, 2005 |

**NOTICE OF MANUAL FILING**

Please take notice that the Defendants, Hartford Police Union, Larry Reynolds, Thomas Hardwick and Michael Wood, have manually filed the following document or thing:

All exhibits attached to Memorandum of Law in Support of Union Defendants' Motion for Attorneys' Fees

This document has not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        THE DEFENDANTS,
        HARTFORD POLICE UNION,
        LARRY REYNOLDS,
        THOMAS HARDWICK and MICHAEL WOOD


       By:_____
        FRANK J. SZILAGYI
        Federal Bar No. CT07859
        Josephine A. Spinella
        Federal Bar. No. CT24009
        Silvester & Daly
        118 Oak Street
        Hartford, CT 06106
        Tel. (860) 278-2650
        Federal Bar No. CT07859

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 31st day of March, 2005 to:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

John Shea, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Charles L. Howard, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Norman A. Pattis
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524

By:_____
   JOSEPHINE A. SPINELLA
   Silvester & Daly

hpu-russo/notice of manual filing- mot. attys fees.033105

3