FILED

2005 APR -6  A 11: 30

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| PLAINTIFF | : | |
| v. | : | 3:00CV1794(JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | ~~MARCH 23,~~ APRIL 1, 2005 |
| DEFENDANTS | : | JMT |

### AFFIDAVIT OF JAMES TALLBERG

I, James Tallberg, the undersigned, being duly sworn, state:

1. That I am over the age of eighteen (18) and believe in and understand the obligations of an oath;

2. That I am an attorney and have practiced law for 8 years;

3. That I am familiar with the facts and legal issues involved in this matter;

4. That it is my opinion and belief that Silvester & Daly's billable rate for this matter was $175.00 per hour and that this rate is reasonable and in line with the rates prevailing in the community for similar services by lawyers of reasonably comparable skills, experience and reputation.

THE AFFIANT,

_____
JAMES TALLBERG

Subscribed and sworn to before me on this 1st day of April, 2005.

_____
Amy Leete Van Dyke
Commissioner of the Superior Court

Hpu-russo/affidavit of tallberg.032305