UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:97 CV 2380 (JCH) (lead case) |
| Plaintiff, | : | **3:00 CV 1794 (JCH)**√ |
| v. | : | |
| | : | |
| JOHN BAILEY, ET AL. | : | |
| | : | |
| Defendants. | : | APRIL 14, 2005 |

**DEFENDANT, CITY OF HARTFORD'S: (1) MOTION TO AMEND THE JUDGMENT; (2) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b) OR MOTION FOR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59(a); AND/OR (3) MOTION FOR REMITTITUR OR NEW TRIAL ON DAMAGES PURSUANT TO FED. R. CIV. P. 59(e).**

Pursuant to Fed. R. Civ. P. 60(a), the Defendant, City of Hartford ("Hartford") moves to amend the Judgment dated March 28, 2005 and entered on the docket March 31, 2005. The Judgment does not enter judgment for Hartford on Plaintiff's claims brought under Russo v. City of Hartford, Civ. No. 3:97 CV 2380 (JCH) ("Russo I"). As the Court entered summary judgment for Hartford on all remaining claims against it in Russo I prior to trial, the failure to enter Judgment in Hartford's favor on this matter must be an oversight. Hartford therefore moves this Court to amend the Judgment to include entry of such for Hartford in Russo I.

Pursuant to Fed. R. Civ. P. 50(b), Hartford also renews its Motion for Judgment As A Matter Of Law previously filed pre-verdict on March 11, 2005. Judgment should enter for Hartford on Plaintiff's claim in Russo v. John Bailey, et al., Civ. No. 3:00 CV 1794 (JCH) on the grounds that: (1) the jury's verdict on this claim is unsupported and/or contradicted by the

evidence introduced at trial; and (2) it is barred by the doctrine of res judicata as asserted in Hartford's Ninth Affirmative Defense in its Third Amended Answer.  In the alternative, Hartford moves for a new trial pursuant to Fed. R. Civ. P. 59(a) on the grounds that: (1) the Court's error in finding that the Hartford Chief of Police was a final policy maker for purposes of training Hartford Police Chiefs; and/or (2) the Court's Jury Charge pertaining to municipal liability, have resulted in the jury invoking respondeat superior liability against Hartford in violation of United States Supreme Court precedent.

If the Court does not enter Judgment for Hartford or order a new trial, Hartford moves, pursuant to Fed. R. Civ P. 59(e), for remittitur of the $350,000.00 verdict against it to nominal damages of $1.00 on the grounds that any award of compensatory damages against Hartford is duplicative of the award against Defendants Croughwell and Kenary and/or is otherwise unsupported by the record as exceeding the damages proximately caused by Hartford's conduct.  If the Court finds that nominal damages are not appropriate, Hartford moves in the alternative for remittitur of the compensatory damages award to $15,000.00 or a new trial on damages, as the $350,000.00 award against Hartford is grossly excessive and shocking to the conscious.

The attached Memorandum of Law is submitted in support hereof.

Wherefore, Hartford moves for entry of the above requested orders.

**DEFENDANT,
CITY OF HARTFORD**


By_____
       John P. Shea, Jr.
       Federal Bar CT 17433
       Sabia & Hartley, LLC
       190 Trumbull Street, Suite 202
       Hartford, CT 06103
       Telephone: 860-541-2077
       Facsimile: 860-713-8944
       Its Attorney

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent via facsimile and United States Mail, postage prepaid, this 14th day of April, 2005 to:

| | |
|---|---|
| Attorney Erin O'Neil<br>41A New London Turnpike<br>Glastonbury, CT 06033 | Norman A. Pattis, Esq.<br>649 Amity Road, P.O. Box 280<br>Bethany, CT 06524 |
| Helen Apostolidis, Esq.<br>Corporation Counsel's Office<br>550 Main Street<br>Hartford, CT 06103 | Charles L. Howard, Esq.<br>Linda L. Yoder, Esq.<br>Gregg Peter Goumas, Esq.<br>Shipman & Goodwin, LLC<br>One American Row<br>Hartford, CT 06103 |
| <u>Chambers Copy:</u><br>The Honorable Janet C. Hall<br>United States District Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 | |

                                                                                                                          _____

                                                                                                                          John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Rule 50\Rule50.MOT.MASTER.wpd