UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS O. RUSSO, JR.                  :       CIVIL ACTION NO.
                                        :       3:97 CV 2380 (JCH) (lead case)
        Plaintiff,                      :       **3:00 CV 1794 (JCH)**√
v.                                      :
                                        :
JOHN BAILEY, ET AL.                     :
                                        :
        Defendants.                     :       MARCH 15, 2006


### DEFENDANT CITY OF HARTFORD'S MOTION FOR RECONSIDERATION OF THE RULING DENYING ITS RULE 50 MOTION FOR JUDGMENT

The Defendant, City of Hartford ("Hartford"), moves for reconsideration of the March 2,

2006 ruling ("Ruling") denying its Rule 50 Motion for Judgment as a Matter of Law. The Court

should reconsider the Ruling because it overlooked the decision of the United States Court of

Appeals for the Second Circuit in Amnesty America v. Town of West Hartford, 361 F.3d 113 (2d

Cir. 2004). Amnesty America required Plaintiff to introduce evidence of specific deficiencies in

the training provided Hartford officers, and establish how such deficiencies caused Plaintiff to be

retaliated against. Judgment must enter for Hartford pursuant to Amnesty America because the

intentionally unlawful nature of Defendant Joseph Croughwell's actions preclude, as a matter of

law, any finding that a training deficiency caused Plaintiff's constitutional deprivation.[1] In

further support of this Motion, Hartford submits the attached Memorandum of Law.

---

[1]     Hartford disputes that Croughwell violated Plaintiff's constitutional rights or
        otherwise acted in an unlawful manner, intentionally or unintentionally.
        Hartford's argument is based entirely upon the determinations made by the Jury
        and the Court as to the nature of Croughwell's actions. See Ruling, p. 23.

**SABIA & HARTLEY, LLC**
ATTORNEYS AT LAW        | 190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
                        | tel 860.541.2077   fax 860 713 8944   www.sabiahart.com

**DEFENDANT,**
**CITY OF HARTFORD**

By_____
      John P. Shea, Jr.
      Federal Bar CT 17433
      Sabia & Hartley, LLC
      190 Trumbull Street, Suite 202
      Hartford, CT 06103
      Telephone: 860-541-2077
      Facsimile: 860-713-8944
      Its Attorney

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was delivered by facsimile and United States mail, postage prepaid, this 15th day of March, 2006 to:

Attorney Erin O'Neil
41A New London Turnpike
Glastonbury, CT 06033

Helen Apostolidis, Esq.
Corporation Counsel's Office
550 Main Street
Hartford, CT 06103

Chambers Copy:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Norman A. Pattis, Esq.
649 Amity Road, P.O. Box 280
Bethany, CT 06524

Charles L. Howard, Esq.
Gregg Peter Goumas, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin, LLC
One American Row
Hartford, CT 06103

John P. Shea, Jr.

E:\WPDOCS\City of Hartford\Russo\Reconsiderat\mot.reconsideration.wpd

3