UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS O. RUSSO, JR. | CIVIL CASE NO. |
| | 3:00-cv-1794 (JCH) |
| Plaintiff, | |
| vs. | |
| JOHN ALEXANDER, JOHN M. BAILEY, HERBERT CARLSON, JR., JOSEPH P. CROUGHWELL, JEFFREY FLAHERTY, JOSEPH E. HAMMICK, THOMAS HARDWICK, CITY OF HARTFORD, HARTFORD POLICE UNION, DAVID KENARY, STEPHEN KUMNICK, ROBERT LAWLOR, CHARLES LILLEY, CHRISTOPHER LYONS, LAWRENCE REYNOLDS, DARYL K. ROBERTS, JAMES ROVELLA, ROBERT RUDEWICZ, LAWRENCE SKINNER, JAMES E. THOMAS, and MICHAEL WOOD | |
| Defendants. | April 3, 2006 |

### NOTICE OF APPEAL

Notice is hereby given that the defendant, Joseph Croughwell hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment in this action, including but not limited to the following judgments and rulings: (1) the Judgment entered for the plaintiff, Nicholas Russo, on March 31, 2005, following a jury verdict in favor of same; (2) the district court's Ruling entered on March 2, 2006, denying

defendant's motion for judgment as a matter of law, or in the alternative, for a new trial; and (3) the district court's order on March 29, 2006, granting in part Plaintiff's Motion for Attorney Fees and Costs as to Attorneys Norman Pattis and Erin O'Neil-Baker, and Plaintiff's Supplemental Motion for Attorneys Fees as to Attorney Erin O'Neil-Baker.

Respectfully submitted,

DEFENDANT,
JOSEPH CROUGHWELL

By /s/ Leander A. Dolphin
Charles L. Howard (ct05366)
Linda L. Yoder (ct01599)
Leander A. Dolphin (ct26636)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5319
His Attorneys

431120 v.01

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was mailed, postage prepaid, this _3_ rd day of April, 2006, to:

Erin I. O'Neil, Esq.  
41A New London Turnpike  
Glastonbury, CT 06033

Norman A. Pattis, Esq.  
P.O. Box 280  
Bethany, CT 06524

Attorney Helen Apostolidis  
Office of Corporation Counsel  
City of Hartford  
550 Main Street  
Hartford, CT 06103

John P. Shea Jr., Esq.  
Sabia & Hartley, LLC  
190 Trumbull Street, Suite 202  
Hartford, CT 06103

Chambers Copy:  
The Honorable Janet C. Hall  
United States District Court  
915 Lafayette Blvd.  
Bridgeport, CT 06604

_____  
Leander A. Dolphin