United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
7/7                    20
Kevin F. Rowe, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS O. RUSSO, JR. | : | CIVIL ACTION NO. |
| | : | 3:97-cv-2380 (JCH) |
| Plaintiff, | : | 3:00-cv-1794 (JCH) |
| | : | 3:00-cv-2382 (JCH) |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, ET AL. | : | |
| | : | July 7, |
| Defendants. | : | ~~June~~, 2006 |

## JOINT MOTION TO
## TO WITHDRAW ALL PENDING MOTIONS AND APPLICATIONS FOR ATTORNEYS' FEES AND COSTS WITH PREJUDICE, TO VACATE JUDGMENT AGAINST DEFENDANT JOSEPH CROUGHWELL, AND TO VACATE ALL AWARDS OF ATTORNEYS' FEES

Plaintiff Nicholas O. Russo, Jr., defendant Joseph Croughwell, and defendant City of Hartford, jointly move to withdraw all pending motions and applications for attorneys' fees and costs, with prejudice, on the grounds that plaintiff Russo and defendant City of Hartford, collectively "the Settlement Parties," have amicably resolved all pending claims between them, and in so doing, have settled all claims involving defendant Croughwell.

This comprehensive settlement of all outstanding issues, motions, appeals and other matters in the above-referenced cases, agreed to by the Settlement Parties, includes the proposed withdrawals of the following pending motions, applications for attorneys' fees, and applications for costs:

1. In Docket No. 3:97-cv-2380 (JCH), the Parties would withdraw:

EXHIBIT C

      a)      Attorney James Brewer's Motion for Attorneys Fees And Costs (March 22, 2006), docketed as Number 675;

      b)      Motion Attorneys' Fees Award Under Civil Rights Attorneys' Fees Act of 1976 and for Costs Incurred by John Forrest (July 1, 2005), docketed as Number 647; and

      c)      Defendant City of Hartford's Bill of Costs (November 16, 2004), docketed as Number 533.

2.      In Docket No. 3:00-cv-2382 (JCH), the Parties would withdraw:

      a)      Defendant City of Hartford's Bill of Costs (November 16, 2004), docketed as Number 71; and

      b)      Defendant Bruce Marquis' Bill of Costs (November 19, 2004), docketed as Number 72.

3.      In Docket No. 3:00-cv-1794 (JCH), the City of Hartford would withdraw:

      a)      Defendant City of Hartford's Motion for Reconsideration of the Ruling Denying Its Rule 50 Motion for Judgment (March 15, 2006), docketed as Number 225.

A significant aspect of the settlement agreement is the agreement of the parties to jointly request that the Court vacate the judgment against Joseph Croughwell. Accordingly, pursuant to Fed. R. Civ. P. 60(b)(6), the parties now jointly move to vacate the judgment against Joseph Croughwell (Docket No.: 3:97-cv-2380 (March 28, 2005), docketed as

Number 624. Since the settlement agreement includes provisions for the payment of attorneys' fees to the satisfaction of all parties, the parties also jointly move to vacate the order awarding attorneys' fees and costs to Attorneys Erin O'Neil-Baker and Norman Pattis (Docket No. 3:97-cv-2380 (April 5, 2006), docketed as Number 684. The parties believe that, in light of the extraordinary history of these cases and the complexity of the issues involved in them, the settlement of all outstanding issues in these actions constitutes exceptional circumstances to support the court's vacatur of the judgment against defendant Croughwell, together with the attendant attorneys' fees awards. Moreover, the public interest in resolving this dispute and vacating the judgment against Croughwell far outweighs the public interest in the finality of the judgment against him.

A memorandum in support of this motion is attached hereto.

Respectfully submitted,

PLAINTIFF,
NICHOLAS RUSSO

By: _____
Erin O'Neil-Baker, Esq.
41A New London Turnpike
Glastonbury, CT 06033
His Attorney

DEFENDANT,
JOSEPH CROUGHWELL

By: _____
Charles L. Howard, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
His Attorney


DEFENDANT,
CITY OF HARTFORD

By: _____
John P. Shea, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Its Attorney

438479 v.01 S1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion to Withdraw All Pending Motions and Applications for Attorneys' Fees and Costs with Prejudice, to Vacate All Awards of Attorneys' Fees, and to Vacate Judgment Against Defendant Joseph Croughwell, was mailed, postage prepaid, this ___ day of June, 2006, to:

Erin I. O'Neil-Baker, Esq.
41A New London Turnpike
Glastonbury, CT 06033

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Norman A. Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

John P. Shea Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Chambers Copy:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Leander A. Dolphin

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion to Withdraw All Pending Motions and Applications for Attorneys' Fees and Costs with Prejudice, to Vacate All Awards of Attorneys' Fees, and to Vacate Judgment Against Defendant Joseph Croughwell was mailed, postage prepaid, this 7th day of July, 2006, to:

Erin I. O'Neil-Baker, Esq.
41A New London Turnpike
Glastonbury, CT 06033

John T. Forrest, Esq.
142 Jefferson Street
Hartford, CT 06106

Attorney Helen Apostolidis
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Norman A. Pattis, Esq.
P.O. Box 280
Bethany, CT 06524

Charles L. Howard, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

Chambers Copy:
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
John P. Shea, Jr.