

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

2006 AUG 28 P 2: 59

RUSSO v. HARTFORD, et al.   NO. 06-1608-cv
                            NO. 06-1830-cv

RUSSO v. BAILEY, et al.   NO. 06-1698-cv

nhct
97-cv-2380
Fitzsimmons
Hall

## STIPULATION REQUESTING REMAND TO THE DISTRICT COURT OF CONNECTICUT

The undersigned counsel for the parties now stipulate that the above-captioned appeals should be remanded to the District Court of Connecticut, in light of the fact that <u>the District Court (Hall, J.) has indicated that it will grant</u> the parties' Joint Motion to Withdraw All Pending Motions and Applications for Attorneys' Fees and Costs With Prejudice, to Vacate Judgment Against Defendant Joseph Croughwell, and to Vacate All Awards of Attorneys' Fees ("Joint Motion"), <u>if the Court of Appeals remands the case</u>. The Joint Motion was filed in the District Court on July 7, 2006, and heard by that court on July 28, 2006. *See* Telephonic Status Conference Transcript, attached as Exhibit 1.



CERTIFIED:
8/18/06

Respectfully submitted,

ATTORNEY FOR APPELLANT
JOSEPH CROUGHWELL, AND
CROSS-APPELLEE DAVID KENARY

_____
Charles L. Howard
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5319

ATTORNEY FOR APPELLEE/CROSS-
APPELLANT NICHOLAS RUSSO

_Norman Pattis (by permission LAD)_
Norman A. Pattis
P.O. Box 280
Bethany, CT 06524
Tel: (203) 393-3017
Fax: (203) 393-9745

CITY OF HARTFORD,
DEFENDANT-CROSS APPELLEE

By: _John Shea (by permission LAD)_
John P. Shea, Jr., Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Its Attorney

Pursuant to Toliver v. County of Sullivan, 957 F.2d 47, 49 (2d Cir. 1992) the stipulation to remand is now
SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By

_Stanley A. Bass_
Stanley A. Bass, Staff Counsel
Aug. 11, 2006
443492 v.01