**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NICHOLAS RUSSO, | : | CIVIL DOCKET NO. |
| PLAINTIFF, | : | 3:00CV1794(JCH) |
| v. | : | |
| | : | |
| BAILEY, ET AL., | : | |
| DEFENDANTS. | : SEPTEMBER 19, 2006 | |

### MOTION FOR RETURN OF SECURITY BOND

The plaintiff hereby requests the return of the $200 security bond that was posted pursuant to the court's order on March 14, 2001, in response to the defendant's Motion for Security Costs pursuant to Local Rules 83.3(a). (Receipt #: B001714). Subsequent to the filing of the security bond, the above case, which had been consolidated with Russo V. City of Hartford, 3:97cv2380 JCH, was resolved through settlement .

Therefore, the plaintiff respectfully requests that the court grant this Motion for the return of the plaintiff's $200.00.

**THE PLAINTIFF**
**NICHOLAS RUSSO**

BY: _____
Erin I. O'Neil-Baker
41-A New London Turnpike
Glastonbury, CT 06033
(860) 466-4278
Fed. ct#: 23073
erin@attorneyeob.com

## CERTIFICATION

The foregoing was mailed by pre-paid First Class Mail on the 19th day of September, 2006 to:


Charles Howard
One Constitution Plaza
Hartford, CT 06103

John Shea
190 Trumbull St., Suite 202
Hartford, CT 06103-2205

Norman Pattis
649 Amity Road
Bethany, CT 06524


_____
Erin I. O'Neil-Baker